AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

Wolverine Proctor & Schwartz, Inc.
and
Great American Alliance Insurance Co., Inc.
                    Plaintiffs

V.

XYZ Tape Corp., formerly known as Patco Corp.,

William B. Wilbur,

Travelers Property Casualty Company of America

                    Defendants

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:  04-12189WGY

TO: (Name and address of Defendant)
Raymond J. McMahon, Jr.
Officer, Managing or General Agent or
Other Agent Authorized by Law to Receive Service of Process
XYZ Tape Corp., formerly known as Patco Corp.
15 Westminster Street, suite 809
Providence, Rhode Island 02903

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Matthew J. Walko, Esq.
Smith & Duggan LLP
Two Center Plaza, Suite 620
Boston, Massachusetts  02108-1906

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK



10-19-04

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE October 21, 2004 |
| NAME OF SERVER (PRINT) Brian Schulze | TITLE Deputy Sheriff |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:
  1 Turks Head Building
  Providence, RI 02903

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00   $60.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/26/04
            Date            Signature of Server

RI STATE SHERIFF'S DEPARTMENT
Providence County
250 Benefit Street
Providence, RI 02903

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.