UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Wolverine Proctor & Schwartz, Inc.
　　and
Great American Alliance Insurance Co., Inc.,
　　Plaintiffs,

v.

XYZ Tape Corp.,
　　formerly known as Patco Corp.,
William B. Wilbur,
　　and
Travelers Property Casualty Company of America,
　　Defendants.

CIVIL ACTION NO.
04-12189-WGY

### Rule 4 (l) Affidavit of Proof of Service upon Defendant XYZ Tape Corp.

I, Sharyn M. Hickey, being over 18 years of age and not a party to the above-captioned matter hereby depose and state that I caused the defendant XYZ Tape Corp., formerly known as Patco Corp., to be served in the following manner pursuant to Federal Rule of Civil Procedure 4:

By forwarding a true copy of the Court's Summonses as attached hereto and the Complaint by certified U.S. mail, postage prepaid, and return receipt requested on October 21, 2004, to the following:

| William B. Wilbur<br>President, Officer or Managing or General Agent<br>XYZ Tape Corp.,<br>　formerly known as Patco Corp.<br>22 Stone Tower Lane<br>Barrington, Rhode Island 02806<br>*Certificate # 7003 0500 0002 3278 3628* | Dana H. Gaebe<br>Officer, Managing or General Agent or Other Agent Authorized by Appointment Or Law to Receive Service of Process<br>XYZ Tape Corp.,<br>　formerly known as Patco Corp.<br>128 Dorrance Street<br>Providence, Rhode Island 02903<br>*Certificate # 7003 0500 0002 3278 3635* | Raymond J. McMahon, Jr.<br>Officer, Managing or General Agent or Other Agent Authorized by Law to Receive Service of Process<br>XYZ Tape Corp.,<br>　formerly known as Patco Corp.<br>15 Westminster Street, suite 809<br>Providence, Rhode Island 02903<br>*Certificate # 7003 0500 0002 3278 3642* |
|---|---|---|

Attached hereto pursuant to Federal Rule of Civil Procedure 4(l) is the original return receipts signed for on behalf of each of the above-mentioned addressees.

Signed under the pains and penalties of perjury this 29th day of November 2004.

　　　　　　　　　　　　　　　　　　　　　　*Sharyn M. Hickey*
　　　　　　　　　　　　　　　　　　　　　　Sharyn M. Hickey