AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

Wolverine Proctor & Schwartz, Inc.
  and
Great American Alliance Insurance Co., Inc.
                    Plaintiffs,

**SUMMONS IN A CIVIL ACTION**

V.

XYZ Tape Corp., formerly known as Patco Corp.,

William B. Wilbur,

Travelers Property Casualty Company of
  America

CASE NUMBER:

                    Defendants.

**04-12189WGY**

TO: (Name and address of Defendant)

Dana H. Gaebe
Officer, Managing or General Agent or
Other Agent Authorized by Appointment or Law to Receive Service of Process
XYZ Tape Corp., formerly known as Patco Corp.
128 Dorrance Street
Providence, Rhode Island 02903

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Matthew J. Walko, Esq.
Smith & Duggan LLP
Two Center Plaza, Suite 620
Boston, Massachusetts  02108-1906

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

_____    '11-19.04'
CLERK                         DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE October 21, 2004 |
| NAME OF SERVER (PRINT) Brian Schulze | TITLE Deputy Sheriff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Left with Secretary of Dana Gaebe, the Agent for Service for XYZ Tape Corp at 128 Dorrance Street, providence, Rhode island in th eProvidence County.  Tim eof service 3:35PM

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00  60.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/26/04
              Date                    Signature of Server

RI STATE SHERIFF'S DEPARTMENT
Providence County
250 Benefit Street
Providence, RI 02903

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.