AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

Wolverine PRoctor & Schwartz, Inc.
and
Great American Alliance Insurance
Co., Inc.
                    Plaintiffs,
            V.
XYZ Tape Corp., formerly known as Patco Corp.,
William B. Wilbur,
Travelers Property Casualty Company of America
                    Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**04-12189WGY**

TO: (Name and address of Defendant)

William B. Wilbur
President, Officer or Managing or General Agent
XYZ Tape Corp., formerly known as Patco Corp.
22 Stone Tower Lane
Barrington, Rhode Island

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Matthew J. Walko, Esq.
Smith & Duggan LLP
Two Center Plaza, Suite 620
Boston, Massachusetts 02108-1906

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                    10-19-04

CLERK

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 10/22/04 |
| NAME OF SERVER (PRINT) Thomas J. DuPorte | TITLE Deputy Sheriff |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 22 Stone Tower Lane, Barrington, RI 02806

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10/22/04
Date

Signature of Server

Address of Server: Eisenhower Park, Newport, RI 02840-1496

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.