UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2004 DEC -3 P 3: 10

U.S. DISTRICT COURT
DISTRICT OF MASS.

Wolverine Proctor & Schwartz, Inc.
    and
Great American Alliance Insurance Co., Inc.,
    Plaintiffs,

v.

XYZ Tape Corp.,
    formerly known as Patco Corp.,
William B. Wilbur,
    and
Travelers Property Casualty Company of America,
    Defendants.

CIVIL ACTION NO.
04-12189-WGY

### Rule 4(l) Affidavit of Proof of Service Upon Defendant Travelers Property Casualty Company of America

I, Sharyn M. Hickey, being over 18 years of age and not a party to the above-captioned matter hereby depose and state that I caused the defendant Travelers Property Casualty Company of America to be served in the following manner pursuant to Federal Rule of Civil Procedure 4:

By forwarding a true copy of the Complaint and the Court's Summons by certified U.S. mail Certificate No.: 7003 0500 0002 3278 2843, postage prepaid, and return receipt requested on October 22, 2004, to the following:

President, Officer, Managing or General Agent
Travelers Property Casualty Company of America
One Tower Square
Hartford, Connecticut 06183

Attached hereto, pursuant to Federal Rule of Civil Procedure 4(l) is the original return receipt signed for on behalf of the addressee.

Signed under the pains and penalties of perjury this 29th day of November 2004.

*Sharyn M. Hickey*
Sharyn M. Hickey