UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Wolverine Proctor & Schwartz, Inc.<br>    and<br>Great American Alliance Insurance<br>  Co., Inc.,<br>    Plaintiffs,<br><br>v.<br><br>XYZ Tape Corp.,<br>   formerly known as Patco Corp.,<br>William B. Wilbur,<br>   and<br>Travelers Property Casualty<br>   Company of America,<br>    Defendants. | CIVIL ACTION NO.<br>04-12189-RWZ |

**Corporate Disclosure Statement of**
**Great American Alliance Insurance Company**

In accordance with Local Rule 7.3, Plaintiff Great American Alliance Insurance Co., Inc. states that it is wholly owned by its parent corporation Great American Insurance Company. In turn, Great American Insurance Company is wholly owned by American Financial Group, Inc. The stock of American Financial Group, Inc. is publicly traded on the New York Stock Exchange and NASDAQ under the symbol AFG.

                                Great American Alliance
                                  Insurance Co., Inc.
                                By its attorneys,


                                /s/
                                _____
                                Matthew J. Walko (BBO No. 562172)
                                SMITH & DUGGAN LLP
                                Two Center Plaza, Suite 620
                                Boston, Massachusetts 02108-1906
Dated: December 14, 2004        (617) 228-4400

**Certificate of Service**

    I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by first class mail, postage prepaid, on December 14, 2004 as follows:

Lee S. MacPhee, Esq.
Morrison Mahoney LLP
250 Summer Street
Boston, Massachusetts 02210-1181

Joseph S. Berman, Esq.
Berman & Dowell
210 Commercial Street
Boston, Massachusetts 02109

                                                  /s/_____
                                                  Matthew J. Walko (BBO No. 562172)