UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WOLVERINE PROCTOR & SCHWARTZ, INC. and GREAT AMERICAN ALLIANCE INSURANCE CO., INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>XYZ TAPE CORP., formerly known as PATCO CORP., WILLIAM B. WILBUR and TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  DOCKET NO: 04-12189WGY<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CORPORATE DISCLOSURE STATEMENT OF XYZ TAPE CORP.**

In accordance with Local Rule 7.3, Defendant XYZ Tape Corp. states that it did not have any parent corporation and there was not any publicly held company that owned 10% or more of its stock.

                      The defendant,
                      XYZ TAPE CORP., formerly known as
                      PATCO CORPORATION

                      By its attorneys:

                      MORRISON MAHONEY LLP


                      */s/ Lee Stephen MacPhee*
                      Lee Stephen MacPhee
                      BBO # 312400
                      250 Summer Street
                      Boston, MA 02210
                      (617) 439-7500

Date:  12/16/04

942695v1

## CERTIFICATE OF SERVICE

    I certify that this document has been served upon all counsel of record in compliance with F.R.C.P.

*/s/ Lee Stephen MacPhee*
Lee Stephen MacPhee

942695v1