UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WOLVERINE PROCTOR & SCHWARTZ INC., and GREAT AMERICAN ALLIANCE INSURANCE CO., INC.<br>    Plaintiffs<br><br>v.<br><br>XYZ TAPE CORP., f/k/a PATCO CORP., WILLIAM B. WILBUR, and TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br>    Defendants. | Civil Action No. 04-12189RWZ |

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA**

Pursuant to Local Rule (D. Mass.) 7.3, the defendant Travelers Property Casualty Company of America states that it is a wholly-owned subsidiary of The St. Paul Travelers Companies, Inc., a publicly traded company.

                                                                                   Respectfully submitted,
                                                                                   Travelers Property Casualty
                                                                                    Company of America


                                                                                   /s/ Joseph S. Berman
                                                                                  Joseph S. Berman, Esq.
                                                                                  BBO No. 566006
                                                                                 Berman & Dowell
                                                                                 210 Commercial St.
                                                                                 Boston, MA 02109
                                                                                 617-723-9911

## CERTIFICATE OF SERVICE

  I, Joseph S. Berman, hereby certify that on this 16th day of December, 2004, I filed a copy of the foregoing by electronic means with the United States District Court for the District of Massachusetts using the CM/ECF system, which will send notification to the following: Matthew J. Walko, Esq., Smith & Duggan LLP, Two Center Plaza, Suite 620, Boston, MA 02108; and Lee MacPhee, Esq., Morrison Mahoney LLP, 250 Summer Street, Boston, MA 02210 and that the document has been served on all counsel of record in compliance with the Federal Rules of Civil Procedure.

                /s/ Joseph S. Berman

                Joseph S. Berman