```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| Wolverine Proctor & Schwartz, Inc. :<br>    and                             :<br>Great American Alliance Insurance  :<br>  Co., Inc.,                       :<br>     Plaintiffs,                   :<br>                                    :<br>v.                                  :<br>                                    :<br>XYZ Tape Corp.,                    :<br>   formerly known as Patco Corp., :<br>William B. Wilbur,                 :<br>   and                             :<br>Travelers Property Casualty        :<br>  Company of America,              :<br>     Defendants.                   :<br>_____ : | CIVIL ACTION NO.<br>04-12189-RWZ |

**Corporate Disclosure Statement of**
**Wolverine Proctor & Schwartz, Inc.**

In accordance with Local Rule 7.3, Plaintiff Wolverine Proctor & Schwartz, Inc. states that it is wholly owned by its privately held parent corporation Wolverine Proctor, Inc., which in turn is wholly owned by Wolverine Proctor, L.L.C., a privately-held limited liability company. No publicly held company owns 10% or more of the stock of Wolverine Proctor & Schwartz, Inc.

```
                              Wolverine Proctor & Schwartz, Inc.

                              By its attorneys,

                               /s/ Matthew J. Walko
                              Matthew J. Walko (BBO No. 562172)
                              SMITH & DUGGAN LLP
                              Two Center Plaza, Suite 620
                              Boston, Massachusetts 02108-1906
                              (617) 228-4400
Dated: December 17, 2004
```

**Certificate of Service**

    I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by first class mail, postage prepaid, on December 17, 2004 as follows:

Lee S. MacPhee, Esq.
Morrison Mahoney LLP
250 Summer Street
Boston, Massachusetts 02210-1181

Joseph S. Berman, Esq.
Berman & Dowell
210 Commercial Street
Boston, Massachusetts 02109

                                                 /s/ Matthew J. Walko
                                                 Matthew J. Walko (BBO No. 562172)