UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WOLVERINE PROCTOR & SCHWARTZ, INC. and GREAT AMERICAN ALLIANCE INSURANCE CO., INC.<br>    Plaintiffs,<br><br>v.<br><br>XYZ TAPE CORP., FORMERLY KNOWN AS PATCO CORP., WILLIAM B. WILBUR AND TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA<br>    Defendants. | DOCKET NO: 04-12189RWZ |

**CERTIFICATION OF DEFENDANTS XYZ TAPE CORP.,
FORMERLY KNOWN AS PATCO CORP., and WILLIAM B. WILBUR
PURSUANT TO LOCAL RULE 16.1(D)(3)**

Pursuant to Rule 16.1 of the Local Rules of the United States District Court for the District of Massachusetts, the defendants, XYZ Tape Corp. and William B. Wilbur, certify that it and its counsel have conferred: (a) with a view to establishing a budget for the costs of conducting the full course—and various alternative courses—of the litigation and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

                                            The defendants,
                                            XYZ TAPE CORP., FORMERLY KNOWN AS
                                            PATCO CORP., WILLIAM B. WILBUR

                                            By William B. Wilbur

                                            _/s/ William B. Wilbur_

By their attorneys:

MORRISON MAHONEY LLP

_____
Lee Stephen MacPhee
BBO # 312400
250 Summer Street
Boston, MA 02210
(617) 439-7500

## CERTIFICATE OF SERVICE

I certify that this document has been served upon all counsel of record in compliance with F.R.C.P. this ⌒day of ', 200 .

_____
Lee Stephen MacPhee

2

943061v1