UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WOLVERINE PROCTOR & SCHWARTZ, INC. and GREAT AMERICAN ALLIANCE INSURANCE CO., INC.<br>    Plaintiffs,<br><br>v.<br><br>XYZ TAPE CORP., FORMERLY KNOWN AS PATCO CORP., WILLIAM B. WILBUR AND TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA<br>    Defendants. | DOCKET NO: 04-12189RWZ |

**JOINT STATEMENT BY THE PARTIES**

Pursuant to Rule 16.1(D) of the Local Rules of the United States District Court for the District of Massachusetts, the parties in the above-entitled matter propose the following pre-trial schedule:

I.  **DISCOVERY**

PHASE 1- DISCOVERY AS TO CONTRACT AND COVERAGE LIABILITY

| | |
|---|---|
| Initial Disclosures *: | January 24, 2005 |
| Interrogatories and Requests for Production of Documents (first set) Served: | February 11, 2005 |
| Responses to Requests for Production of Documents: | March 16, 2005 |
| Interrogatory Answers: | March 31, 2005 |
| Requests for Admissions and Follow-up Interrogatories and Document Requests (if any) Served: | April 15, 2005 |
| Responses to Requests for Admissions and Follow-up Written Discovery Served: | May 6, 2005 |

944629v1

| | |
|---|---|
| Completion of Fact Depositions: | May 20, 2005 |
| Plaintiff's Disclosure of Expert Witness Reports: | June 3, 2005 |
| Defendant's Disclosure of Expert Witness Reports: | July 5, 2005 |

PHASE II –DAMAGES DISCOVERY AND EXPERT DEPOSITIONS

| | |
|---|---|
| Interrogatories and Requests for Production of Documents Served: | 14 days after summary judgment decision |
| Responses to Interrogatories and Requests for Production of Documents: | 30 days from service |
| Completion of Expert Depositions: | 60 days from summary judgment decision |

The parties further agree that the nature and number of discovery events otherwise shall be governed by Federal Rule of Civil Procedure 30(d) and Local Rule 26.1(C). Any party may file an appropriate motion seeking relief from the limitations on discovery.

## II.    SCHEDULE FOR MOTIONS

| | |
|---|---|
| Filing of Plaintiffs' Summary Judgment Motion on Contract and Coverage Liability: | August 12, 2005 |
| Filing of Defendants' Oppositions and Cross-Motions for Summary Judgment on Liability: | September 23, 2005 |
| Filing of Plaintiffs' Reply and Opposition to Cross-Motions: | October 26, 2005 |

## III.    SCHEDULE FOR TRIAL

| | |
|---|---|
| Final pre-trial conference: | January 11, 2006 |
| Trial –Bifurcated: Liability from Damages: | February 1, 2006 |

2

IV.  **ADDITIONAL DISCOVERY ISSUES**

Plaintiffs maintain that requiring disclosure of their attorney fee and expense invoices pursuant to Federal Rule of Civil Procedure 21(a)(1)(C) on which part of their computation of damages is based would be unfair and improper at this time prior to a determination of liability questions.

Defendants maintain that disclosure of Wolverine's attorney fee and expense invoices are discoverable immediately. The issue of timely notice is an important part of the defense and when Wolverine had sufficient information upon which notice could have been given is a triable fact as to Patco and Wilbur. Further, if there is to be any hope of settlement, Wolverine's attorney fee and expense invoices are a significant element of damages and should be presented for verification and consideration.

V.  **CERTIFICATION**

All parties' certifications concerning compliance with Local Rule 16.1(D)(3) will be submitted to the Court or with this Joint Statement.

No party consents to a trial before a United States Magistrate Judge.

| | |
|---|---|
| The defendants,<br>XYZ TAPE CORP., FORMERLY KNOWN<br>AS PATCO CORP., WILLIAM B. WILBUR | The defendant,<br>TRAVELERS PROPERTY CASUALTY<br>COMPANY OF AMERICA |
| By their attorneys: | By its attorneys: |
| MORRISON MAHONEY LLP | BERMAN & DOWELL |
| /s/ *Lee Stephen MacPhee*<br>Lee Stephen MacPhee<br>BBO # 312400<br>250 Summer Street<br>Boston, MA 02210<br>(617) 439-7500 | /s/ *Joseph S Berman*<br>Joseph S. Berman<br>BBO # 566006<br>210 Commercial Street<br>Boston, MA 02109<br>(617) 723-9911 |

The plaintiffs,
WOLVERINE PROCTOR & SCHWARTZ,
INC. and GREAT AMERICAN ALLIANCE
INSURANCE CO., INC.

By their attorneys:

SMITH & DUGGAN LLP

/s/ *Matthew J. Walko*

Matthew J. Walko
BBO # 562172
Two Center Plaza, Suite 620
Boston, MA 02108-1906
(617) 228-4400

January 19, 2005

## CERTIFICATE OF SERVICE

I certify that this document has been served upon all counsel of record in compliance with F.R.C.P. this 19th day of January, 2005.

/s/ *Lee Stephen MacPhee*
Lee Stephen MacPhee

944629v1