UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Wolverine Proctor & Schwartz, Inc., and | : |
| Great American Alliance Insurance Co., Inc., | : |
| Plaintiffs, | : |
| | : |
| v. | : |
| | : |
| XYZ Tape Corp., formerly known as Patco Corp., | : |
| William B. Wilbur, and | : |
| Travelers Property Casualty Company of America, | : |
| Defendants. | : |

CIVIL ACTION NO.
04-12189-RWZ

### Local Rule 16.1(D)(3) Certification of
### Great American Alliance Insurance Company

Pursuant to Rule 16.1(D)(3) of the Local Rules of the United States District Court of the

District of Massachusetts, the plaintiff Great American Alliance Insurance Co. Inc. (GAAIC)

certifies and affirms that GAAIC and GAAIC's counsel have conferred (a) with a view to

establishing a budget for the costs of conducting the full course – and various alternative courses

– of the litigation; and (b) to consider the resolution of the litigation through the use of

alternative dispute resolution programs.

Great American Alliance Insurance Co., Inc.
by,


_Mary Ellen Norton_
Mary Ellen Norton
1 Waterside Crossing
Windsor, Connecticut 06095


Dated: _January 19, 2005_

Great American Alliance Insurance Co., Inc.
by its attorney,


_Matthew J. Walko_
Matthew J. Walko (BBO No. 562172)
SMITH & DUGGAN LLP
Two Center Plaza, Suite 620
Boston, Massachusetts 02108-1906
(617) 228-4400

Dated: _January 19, 2005_