**EXHIBIT "D"**



STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
*Office of the Secretary of State*

**Matthew A. Brown**
*Secretary of State*

 

*The Office of the Secretary of the State of Rhode Island and Providence Plantations*, HEREBY CERTIFIES, that

**XYZ Tape Corp.**

*a Rhode Island corporation, filed original articles of association in this office on the 15th day of February 1965; and*

    IT IS FURTHER CERTIFIED *that articles of dissolution were filed in this office on the 22nd day of October 2002; and*

    IT IS FURTHER CERTIFIED *that a certificate of dissolution was issued upon filing the articles of dissolution on the 22nd day of October 2002; and*

    IT IS FURTHER CERTIFIED *that said corporation ceased to exist effective on the 22nd day of October 2002.*

SIGNED AND SEALED this 21st day of June, 2005.

*Matthew Brown*

Secretary of State

BY *[signature]*

