UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WOLVERINE PROCTOR & SCHWARTZ, INC. and GREAT AMERICAN ALLIANCE INSURANCE CO., INC.,<br><br>Plaintiffs,<br><br>v.<br><br>XYZ TAPE CORP., FORMERLY KNOWN AS PATCO CORP., WILLIAM B. WILBUR AND TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>Defendants. | DOCKET NO: 04-12189RWZ |

## LOCAL RULE 7.1(A)(2) CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(a)(2), I hereby certify that I contacted counsel for the Plaintiffs in writing on June 9, 2005 to regarding the matters addressed in Defendants, XYZ Tape Corp. and William B. Wilbur's Motion for Summary Judgment, and I have conferred with plaintiffs' counsel on several occasions, and we have attempted in good faith to resolve or narrow the issues set forth in the Motion For Summary Judgment. The parties have been unable to resolve or narrow the issues set forth in XYZ Tape Corp. and William B. Wilbur's Motion for Summary Judgment necessitating the filing of same

XYZ TAPE CORP. and
WILLIAM B. WILBUR,

By their attorneys,

*/s/ Judith A. Leggett*
Lee Stephen MacPhee, BBO #312400
Judith A. Leggett, BBO#635346
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210
(617) 439-7500
Date: June 28, 2005                    E-mail: jleggett@morrisonmahoney.com

954850v1

## CERTIFICATE OF SERVICE

  I certify that this document has been served upon all counsel of record in compliance with F.R.C.P.

                */s/ Judith A. Leggett*
                Judith A. Leggett