UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Wolverine Proctor & Schwartz, Inc., and  :  <br>Great American Alliance Insurance Co., Inc.  :  <br>    Plaintiffs, : <br>: <br>v. : <br>: <br>XYZ Tape Corp., formerly known as Patco Corp., : <br>William B. Wilbur, and : <br>Travelers Property Casualty Company of America : <br>    Defendants. : <br>                                                  : | CIVIL ACTION NO. <br>04-12189-RWZ |

**Local Rule 7.1 Certification Of No-Opposition Concerning**
**Plaintiffs' Motion For Two-Day Extension of Time**

The undersigned certifies that he has conferred in good faith with counsel for the Defendants XYZ Tape Corp. and William Wilbur and Travelers Property Casualty Company of America with respect to the Plaintiffs' Motion of Wolverine Proctor & Schwartz, Inc. And Great American Alliance Ins. For Two-Day Extension of Time To Respond To XYZ Tape Corp. and William Wilbur's Motion for Summary Judgment (Docket No. 27) and represents that counsel for the Defendants have no opposition to the two-day extension of time sought.

                                                  Respectfully submitted,
                                                  Wolverine Proctor & Schwartz, Inc.
                                                  Great American Alliance Insurance Co., Inc.
                                                  by its attorneys,

                                                  */s/ Matthew J. Walko*

                                                  _____
                                                  Matthew J. Walko (BBO No. 562172)
                                                  SMITH & DUGGAN LLP
                                                  Two Center Plaza, Suite 620
                                                  Boston, Massachusetts 02108-1906
                                                  (617) 228-4400

Dated:  August 10, 2005