apply thereto, and in such proceeding the court shall have the full powers of a court of equity to make or enter such orders, injunctions and decrees and to grant such relief as justice and equity may require. *Same subject.*

Sec. 62. Equity Jurisdiction Not Impaired.— The remedies given by sections 57 to 61, both inclusive, hereof are intended as cumulative and are not to be taken to limit or abridge the jurisdiction of the court in equity. *Equity jurisdiction not impaired.*

Sec. 63. Continuance of Corporations After Dissolution for Certain Purposes.—Every corporation whose corporate existence expires by any limitation or is terminated by dissolution or otherwise shall nevertheless be continued as a body corporate for three years after the date of such expiration or termination for the purpose of prosecuting and defending actions, suits or proceedings by or against it and of enabling it to settle and close its affairs, to dispose of its property and to distribute its assets, but not for the purpose of continuing the business for which it was established: *Provided, however,* that no action, suit or proceeding begun by or against any such corporation before the expiration of said three years shall abate because of the termination of said period. *Corporation to be continued as a body corporate for certain purposes for three years.*

## FOREIGN CORPORATIONS.

Sec. 64. Right to Do Business in State.— Except as otherwise provided in this act, no foreign corporation, other than an insurance company, shall carry on business in this state until it has complied with the provisions of sections 65 to 69, both inclusive hereof. Said sections shall not apply to insurance companies. *What necessary for foreign corporation to carry on business in this state.*

Sec. 65. Foreign Corporation Must File What Papers as Condition Precedent to Car–