# TheTravelers

P-C Claim Department

Date: MARCH 21, 2000

Insured: PATCO CORP

File No.: B2W0096

Dear MR WILBUR

Please sign and return to me the Subrogation Receipt shown below. We will use this receipt to help us recover the money we paid you, including your deductible, from the party responsible for your loss.

If you have any questions regarding this form, please contact me. You may use the enclosed pre-addressed envelope to return the signed form.

Very truly yours,

P-C Claim Department

---

## SUBROGATION RECEIPT

_____, 19____
(City and State)                    (Date)

RECEIVED OF _THE TRAVELERS PROPERTY CASUALTY_ the sum of

$ _220,664.38_ in settlement of all ~~claims and demands~~ known claims and demands for loss with respect to damage to the building by EXPLOSION/FIRE occuring on or about the _29TH_ day of _JANUARY_, _2000_ to the property insured in Policy No. _630-190C7522_ issued by said Company.

In consideration of and to the extent of said payment the undersigned hereby assigns and transfers to the said Company all rights, claims, demands and interest which the undersigned may have against any party through the occurrence of such loss and authorizes said Company to sue, compromise or settle in the name of the undersigned or otherwise all such claims and to execute and sign releases and acquittances in the name of the undersigned.

WITNESS my hand and seal the day and date first above written.

_____
(Witness Signature)

_____ President (L.S.)
(Policyholder's Signature)
William B. Wilbur    PATCO Corporation

TRV 000075



**Travelers**Insurance
A member of citigroup

James E. Stevenson
General Adjuster
Commercial Property Claim
Major Case
Phone: 631-577-7380
Fax : 203-601-3902

# SUBROGATION RECEIPT

Bristol RI                  3 21           , 2001

(City and State)                    (Date)

Received of   **Travelers Indemnity Company of Illinois**                 the sum of
**$ Four Hundred Twenty Thousand Eight Hundred Three +.76/100** in settlement of
all claims and demands for loss by **FIRE** occurring on or about the 29th Day of January
2000 to the property insured in Policy No **630-190C7522** Issued by said Company.

In consideration of and to the extent of said payment the undersigned hereby assigns and
transfers to the said Company all rights, claims, demands and interest which the
undersigned may have against any party through the occurrence of such loss and
authorizes said Company to sue, compromise or settle in the name of the undersigned or
otherwise all such claims and to execute and sign releases and acquittances in the name
of the undersigned.

WITNESS my hand and seal the day and date first above written.

President
(L.S.)

Notary Public - my commission expires 2/07/01

(Witness Signature)          William B. Wilbur          PATCO Corporation

(Policyholder's Signature)

TRV  000068

**Travelers**Insurance
A member of citigroup

James E. Stevenson
General Adjuster
Commercial Property Claim
Major Case
Phone: 631-577-7380
Fax : 203-601-3902

# SUBROGATION RECEIPT

Bristol, Rhode Island    July 27th, 2001

(City and State)          (Date)

Received of    **Travelers  Indemnity Company of Illinois**              the sum of
**$ Two Hundred Thirty Seven Thousand Two Hundred Twenty Dollars + 04/100** in
settlement of all claims and demands for loss by **Explosion/Fire** occurring on or about
the 29th  Day of January  2000 to the property insured in Policy No 630-190C7522 Issued
by. said Company.

In consideration of and to the extent of said payment the undersigned hereby assigns and
transfers to the said Company all rights, claims, demands and interest which the
undersigned may have against any party through the occurrence of such loss and
authorizes said Company to sue, compromise or settle in the name of the undersigned or
otherwise all such claims and to execute and sign releases and acquittances in the name
of the undersigned.

WITNESS my hand and seal the day and date first above written.

_____ Notary Public            _____ (L.S.)
(Witness Signature)                        William B. Wilbur, President

(Policyholder's Signature) PATCO CORP.

TRV  000071


**Travelers**Insurance
A member of citigroup

James E. Stevenson
General Adjuster
Commercial Property Claim
Major Case
Phone: 631-577-7380
Fax : 203-601-3902

# SUBROGATION RECEIPT

Baistol, Rhode Island  August 16, 2001

(City and State)        (Date)

Received of    **Travelers Indemnity Company of Illinois**                the sum of
$ **Ninety Eight Thousand Six Hundred Thirty Three + 14/100** in settlement of all
claims and demands for loss by **FIRE / EXPLOSION** occurring on or about the 29th
Day of January 2000 to the property insured in Policy No 630-190C7522 Issued by said
Company.

In consideration of and to the extent of said payment the undersigned hereby assigns and
transfers to the said Company all rights, claims, demands and interest which the
undersigned may have against any party through the occurrence of such loss and
authorizes said Company to sue, compromise or settle in the name of the undersigned or
otherwise all such claims and to execute and sign releases and acquittances in the name
of the undersigned.

WITNESS my hand and seal the day and date first above written.

_____ Notary Public          _____ (L.S.)
(Witness Signature)                William B. Wilbur, President
                                   (Policyholder's Signature) PATCO Corp.

MARIE L. KNAPMAN
NOTARY PUBLIC
STATE OF RHODE ISLAND
MY COMMISSION EXPIRES 03/31/02

TRV 000078