APR 24 2001 15:20 FR KNAPP SCHENCK CO    617 742 8158 TO GA

# ROBINSON & COLE LLP

BOSTON • HARTFORD • STAMFORD • GREENWICH • NEW YORK

**LAW OFFICES**
www.rc.com

One Boston Place
Boston, MA 02108-4404
617-557-5900
Fax 617-557-5999

Steven P. Perlmutter
617-557-5909
sperlmutte@bost.rc.com

March 20, 2000

**_Via Certified Mail_**

Deepak Kulkarni, President
Wolverine Corporation
51 East Main Street
Merrimack, MA 01860-2099

Re:  PATCO Corporation loss on January 29, 2000

Dear Mr. Kulkarni:

    We represent the Travelers Property and Casualty Company ("Travelers") with regard to the above referenced matter. The purpose of this letter is to put Wolverine Corporation ("Wolverine") on notice that the Travelers has a claim against Wolverine based on the negligent and defective design of a thermal oxidizer manufactured by Wolverine, which caused an explosion and directly damaged Travelers insured, PATCO Corporation, on January 29, 2000.

    We request that you immediately place your insurer on notice of this claim. If you have any questions, please do not hesitate to call.

Sincerely yours,

Steven P. Perlmutter

SPP/mtl

BOST1-696969-1