# ROBINSON & COLE LLP

BOSTON • HARTFORD • STAMFORD • GREENWICH • NEW YORK

LAW OFFICES
www.rc.com

One Boston Place
Boston, MA 02108-4404
617-557-5900
Fax 617-557-5999

Steven P. Perlmutter
617-557-5909
sperlmutte@bost.rc.com

April 10, 2001

*[handwritten: Peter Crawford →]*

Via Certified Mail No: P-964-552-708

Deepak Kulkarni, President
Wolverine Proctor & Schwartz, Inc
51 East Main Street
Merrimack, MA 01860-2099

Re: **PATCO Corporation loss on January 29, 2000 at 51 Ballou Blvd, Bristol, RI**

*[handwritten: What is this?]*

Dear Mr. Kulkarni:

On March 20, 2000, we sent you, as President of Wolverine Corporation, notice that our client, the Travelers Property and Casualty Company ("Travelers"), believes that the Wolverine Corporation is responsible for the above referenced loss. For your convenience, we have attached hereto a copy of our March 20, 2000 letter addressed to you. The purpose of this letter to notify Wolverine Proctor & Schwartz, Inc., ("WPS") that Travelers also believe that WPS is responsible for this loss.

We request that you immediately place the insurers for Wolverine and WPS on notice of claim. If you have any questions, please do not hesitate to call.

Sincerely yours,

Steven P. Perlmutter