# RECORD CERTIFICATION AFFIDAVIT

The undersigned hereby certifies that I am a custodian or keeper of records or other qualified person for the below listed individual, business or organization. I further certify that the attached records of invoices on the PATCO Corp v. Wolverine Corp. claim, CCA Project No. 201311, dated June 4, 2002, for fees and expenses incurred from February 1, 2002 to February 15, 2002; dated August 14, 2002, for fees and expenses incurred from February 16, 2002 to July 10, 2002; and dated November 21, 2002, for fees and expenses incurred from September 14, 2002 to September 30, 2002; and of the invoice register concerning this project, are true and accurate copies of original records maintained by such individual, business or organization that:

(a) were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

(b) were kept in the course of the regularly conducted activity; and

(c) were made by the regularly conducted activity as a regular practice.

I hereby sign and swear or declare under the pains and penalties of perjury that the foregoing is true and correct on this the 12th day of July 2005.

_____
(signature)

Paul F. Donovan     Executive Vice President
(print name and title)

CCA, LLC
19 Crosby Drive
Suite 220
Bedford, Massachusetts 01730
781-280-0660

**CCA, LLC**
19 Crosby Drive
Bedford, MA 01730
Tel: (781) 280-0660  Fax: (781) 280-0111
cca@ccaco.com
www.ccaco.com

**Invoice Register**
Printed on: 10/14/2004

Page 1 of 1

PROJECTID
201311: to 201311:

| Date | Inv Num | Contact - Company | Project Name | Bill Amount |
|---|---|---|---|---|
| 6/4/2002 | 3829 | Dave Matz - Great American Insurance Group | PATCO Corp v Wolverine Corp | $1,039.95 |
| 8/14/2002 | 3977 | Dave Matz - Great American Insurance Group | PATCO Corp v Wolverine Corp | $879.65 |
| 11/21/2002 | 4188 | Dave Matz - Great American Insurance Group | PATCO Corp v Wolverine Corp | $1,487.70 |
| 3/17/2003 | 4404 | Dave Matz - Great American Insurance Group | PATCO Corp v Wolverine Corp | $2,045.34 |
| 12/29/2003 | 5301 | Dave Matz - Great American Insurance Group | PATCO Corp v Wolverine Corp | $837.68 |

**Total Amount Billed:** $6,290.32

# CCA, LLC

19 Crosby Drive
Bedford, MA 01730
Tel: (781) 280-0660   Fax: (781) 280-0111

www.ccaco.com

| Invoice Date | Invoice Number |
|---|---|
| Jun 4, 2002 | |

| From | To |
|---|---|
| Feb 1, 2002 | Feb 15, 2002 |

**Amount Due this Invoice:** $1,039.95

Mr. Dave Matz
Great American Insurance Group
Nat Markets Div-Specialty Claims
PO Box 5432
Cincinnati OH 45201-5432

Project Name: PATCO Corp v Wolverine Corp
Project ID: 201311
DOL: 1/29/00
Claim Number: 531-546316

## INVOICE

| Date | Employee ID | Description | Hours | Amount |
|---|---|---|---|---|
| **SERVICE:** | | | | |
| 2/1/2002 | PMM | PROJECT SETUP | 1.00 | $45.00 |
| 2/2/2002 | FRK | REVIEW DOCUMENTATION  Reg thermal oxydizer unit | 2.40 | $456.00 |
| 2/4/2002 | FRK | TELEPHONE CALL/CONF  Call David Matz discuss findings | 0.40 | $76.00 |
| 2/4/2002 | PJD | CONFERENCE  Disc FRK's findings and future inv. | 0.30 | $42.00 |
| 2/15/2002 | FRK | REVIEW DOCUMENTATION  Rev depositions of Darry Holt & Paul Trieger | 2.20 | $418.00 |

**Total Labor Amount:** $1,037.00

| Date | Employee ID | Description | | Amount |
|---|---|---|---|---|
| **REIMBURSABLE EXPENSES** | | | | |
| 2/15/2002 | CCA | TEL/FAX | | $2.95 |

**Total Expenses:** $2.95

**Amount Due this invoice:** $1,039.95

Terms: Net 30 days

For questions on billing, please contact Ms. Lauren Marie Palazzolo at (781) 280-0660

**Please Note Our Fed. I.D. # 04-3363263**
Invoices past 30 days are subject to 1 1/2 % per month.

When sending payments, please reference Invoice Number and CCA Project ID.

**CCA, LLC**

19 Crosby Drive
Bedford, MA 01730
Tel: (781) 280-0660   Fax: (781) 280-0111

www.ccaco.com

| Invoice Date | Invoice Number |
|---|---|
| Aug 14, 2002 | |

| From | To |
|---|---|
| Feb 16, 2002 | Jul 10, 2002 |

Amount Due this Invoice:  $879.65

Mr. Dave Matz
Great American Insurance Group
Nat Markets Div-Specialty Claims
PO Box 5432
Cincinnati OH 45201-5432

PATCO Corp v Wolverine Corp
201311:
1/29/00
531-546316

## INVOICE

| Date | Employee ID | Description | Hours | Amount |
|---|---|---|---|---|
| | | SERVICE | | |
| 2/16/2002 | FRK | REVIEW DOCUMENTATION<br>Continue review initial file documents in greater detail looking for missing pages and listing them. | 2.20 | $418.00 |
| 2/21/2002 | FRK | TELEPHONE CALL/CONF<br>Call Dave Matz and leave message. | 0.00 | No Charge |
| 3/18/2002 | FRK | TELEPHONE CALL/CONF<br>Call Dave Matz and leave message. | 0.10 | $19.00 |
| 3/18/2002 | FRK | PROFESSIONAL SERVICES<br>Mr. Matz called back and will try to get us more information regarding missing pages and other information discussed. | 0.20 | $38.00 |
| 4/2/2002 | FRK | TELEPHONE CALL/CONF<br>Call Dave Matz and leave message. | 0.00 | No Charge |
| 4/16/2002 | FRK | TELEPHONE CALL/CONF<br>Telcon with Mr. Matz in which he indicated he would call person believed to have information again since he had not heard back yet. | 0.20 | $38.00 |
| 5/3/2002 | FRK | PROFESSIONAL SERVICES<br>Telcon with Mr. Matz | 0.20 | $38.00 |
| 5/17/2002 | FRK | TELEPHONE CALL/CONF<br>Telcon with Mr. Matz in which he indicated he was ready to put together a package and we should get it in a week or two. | 0.20 | $38.00 |
| 5/19/2002 | FRK | E-Mail Correspondence<br>Send e-mail to Dave Matz re awaiting reciept of information. | 0.30 | $57.00 |
| 5/20/2002 | FRK | E-Mail Correspondence | 0.10 | $19.00 |

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 6/21/2002 | FRK | Return e-mail from D. Matz arrived. Review information.<br>REVIEW DOCUMENTATION<br>Review initial file materials before calling Atty Danielle Andrews, name provided by D. Matz, and then place call to her. | 0.40 | $76.00 |
| 6/27/2002 | FRK | TELEPHONE CALL/CONF<br>Call Atty Andrews. | 0.20 | $38.00 |
| 6/27/2002 | FRK | TELEPHONE CALL/CONF<br>W Dave Matz | 0.20 | $38.00 |
| 7/10/2002 | FRK | TELEPHONE CALL/CONF<br>Atty Andrews called regarding scheduling an inspection in late August when she could not make it or in late Sept. about 27th to pencil in a date for now. | 0.30 | $57.00 |

**Total Labor Amount:** $874.00

REIMBURSABLE EXPENSES

| Date | | Description | | Amount |
|---|---|---|---|---|
| 7/10/2002 | CCA | TEL/FAX | | $5.65 |

**Total Expenses:** $5.65

**Amount Due this invoice:** $879.65

*Terms: Net 30 days*

For questions on billing, please contact Ms. Lauren Marie Palazzolo at (781) 280-0660

<u>Please Note Our Fed. I.D. # 04-3363263</u>
Invoices past 30 days are subject to 1 1/2 % per month.

When sending payments, please reference Invoice Number and CCA Project ID.

**CCA, LLC**
19 Crosby Drive
Bedford, MA 01730
Tel: (781) 280-0660  Fax: (781) 280-0111

www.ccaco.com

| Invoice Date | Invoice Number |
|---|---|
| Nov 21, 2002 | |

| From | To |
|---|---|
| Sep 14, 2002 | Sep 30, 2002 |

**Amount Due this Invoice:** $1,487.70

Mr. Dave Matz
Great American Insurance Group
Nat Markets Div-Specialty Claims
PO Box 5432
Cincinnati OH 45201-5432

PATCO Corp v Wolverine Corp
201311:
1/29/00
531-546316

## INVOICE

| Date | Employee ID | Description | Hours | Amount |
|---|---|---|---|---|
| | | SERVICE | | |
| 9/14/2002 | FRK | TELEPHONE CALL/CONF — Atty North. Tel to confirm inspection of Plant in Bristol on 9/27. | 0.10 | $19.00 |
| 9/19/2002 | FRK | TELEPHONE CALL/CONF — Tel Metz. | 0.10 | $19.00 |
| 9/26/2002 | FRK | REVIEW DOCUMENTATION — Review file materials prior to inspection. | 0.40 | $76.00 |
| 9/27/2002 | FRK | SITE INSPECTION | 4.50 | $855.00 |
| 9/27/2002 | FRK | TELEPHONE CALL/CONF — Called D. Matz and left message. | 0.30 | $57.00 |
| 9/27/2002 | FRK | REVIEW DOCUMENTATION — Reviewed file materials and inspection notes. Formulated initial opinion. | 2.30 | $437.00 |
| 9/30/2002 | FRK | TELEPHONE CALL/CONF — Tel Metz. | 0.10 | $19.00 |

**Total Labor Amount:** $1,482.00

REIMBURSABLE EXPENSES

| Date | Employee ID | Description | | Amount |
|---|---|---|---|---|
| 9/14/2002 | CCA | TEL/FAX | | $2.35 |
| 9/19/2002 | CCA | TEL/FAX | | $1.65 |
| 9/27/2002 | CCA | TEL/FAX | | $1.70 |

**Total Expenses:** $5.70

Amount Due this invoice:

For questions on billing, please contact Ms. Lauren Marie Palazzolo at (781) 280-0660

**Please Note Our Fed. I.D. # 04-3363263**
Invoices past 30 days are subject to 1 1/2 % per month.

When sending payments, please reference Invoice Number and CCA Project ID.