1  Exhibits: 171-188                    Volume 1, Pages 1-155

2              UNITED STATES DISTRICT COURT

3            FOR THE DISTRICT OF MASSACHUSETTS

4  Civil Action No. 03-10164-RWZ

5

6  THE TRAVELERS INDEMNITY COMPANY

7  OF ILLINOIS a/s/o PATCO

8  CORPORATION,

9                    Plaintiff

10 v.

11 WOLVERINE (MASSACHUSETTS)

12 CORPORATION,

13                 Defendant

14      DEPOSITION OF WILLIAM B. WILBUR

15    Friday, November 14, 2003, 11:10 p.m.

16          Smith & Duggan, LLP

17           Two Center Plaza

18        Boston, Massachusetts

19 -------Reporter:  Susan J. Blatt, RPR -------

20  Sblatt@fabreporters.com   www.fabreporters.com

21      Farmer Arsenault Brock LLC

22     50 Congress Street, Suite 415

23     Boston, Massachusetts 02109

24      617.728.4404  fax 617.728.4403

William B. Wilbur - 11/14/2003

**Page 2**

1  APPEARANCES:
2  Robinson & Cole, LLP
3   Danielle Andrews Long, Esq.
4   One Boston Place
5   Boston, Massachusetts 02108-4404
6   617.557.5934  Fax: 617.557.5999
7   email:  dlong@rc.com
8   for Plaintiff
9
10  Smith & Duggan, LLP
11   Matthew J. Walko, Esq.
12   Two Center Plaza
13   Boston, Massachusetts 02108-1906
14   617.248.1900  Fax: 617.248.9320
15   email:  MJWalko@SmithDuggan.com
16   for Defendant
17
18
19
20
21
22
23
24

**Page 3**

1       PROCEEDINGS
2       MR. WALKO:  The parties have stipulated
3  that all objections except for the form of the
4  question or for privilege are reserved until time of
5  trial.
6       MS. LONG:  That's fine.
7       WILLIAM B. WILBUR, sworn
8  BY MR. WALKO:
9   Q.  Mr. Wilbur, please state your name for the
10  record.
11   A.  William B. Wilbur.
12   Q.  And what's your date of birth, sir?
13   A.  November 4, 1950.
14   Q.  And how did you get involved in the tape
15  manufacturing business?
16   A.  The company was a family-owned company.  At
17  the time that I graduated from college I came back
18  home and got involved in the business.
19   Q.  So right after college, you went back into
20  the family business?
21   A.  Correct.
22   Q.  And what was your undergraduate school?
23   A.  Marquette University.
24   Q.  And was what was your major in?

**Page 4**

1   A.  Political science.
2   Q.  Did you take any engineering courses?
3   A.  No.
4   Q.  What was the family-owned business, what
5  was the name of it?
6   A.  The name of the business was Patco
7  Corporation.
8   Q.  And when was that founded?
9   A.  1965.
10   Q.  What kind of business was that when it was
11  founded?
12   A.  Manufacturer of pressure-sensitive adhesive
13  tapes.
14   Q.  And who were the principals in Patco back
15  at its founding?
16   A.  My father and -- you want all of the
17  officers of the company or just the people that were
18  involved in the operation of the company?
19   Q.  The folks who were in charge; right at the
20  top, not the folks who were on the line or middle-
21  level managers.
22   A.  Primarily my father was involved, and there
23  was a foreman that he interacted with that was
24  involved with the day-to-day manufacturing.

**Page 5**

1   Q.  What was your father's name?
2   A.  First name is Sinclair, S-i-n-c-l-a-i-r,
3  middle initial F, as in Frank, Wilbur.
4   Q.  And how did Sinclair Wilbur get involved in
5  the pressure-sensitive tape business?
6   A.  He became acquainted, I believe, somewhere
7  in the range of 1962 with a gentleman named Walter
8  Connolly, and Walter's background was in sales of
9  chemicals, for a company I can't remember, and vinyl
10  films, I believe, and he recognized an opportunity
11  for the sale of vinyl electrical tapes; and my
12  father, having a background in engineering,
13  designing high-temperature furnaces and things of
14  that nature, decided to go into, initially a
15  partnership with Walter, which lasted for
16  approximately two years, and that company was
17  dissolved because there were disagreements; Walter
18  not holding up his end of the marketing/sales end of
19  it.  It was decided through a proceeding that my
20  father would maintain ownership of the equipment and
21  he re-formed the company under the name of Patco.
22   Q.  I'm curious.  Where did the name Patco come
23  from?
24   A.  Plastic adhesive tape company.

William B. Wilbur - 11/14/2003

6

1    Q.  So Sinclair Wilbur after this proceeding
2  ended up with the equipment.  What was the principal
3  equipment that was used back at that time around
4  1965?
5    A.  It was a machine that would apply adhesive
6  to the film, dry it, wind it up into what is
7  commonly called log rolls, wide-width rolls, and
8  subsequently cut it down into narrower-width rolls
9  of tape.
10    Q.  The cutting-down part, is that known in the
11  industry as slitting?
12    A.  Correct.
13    Q.  And the machine that would cure the
14  adhesive, is there a name in the industry for that
15  kind of machine?
16    A.  It goes under various names.
17    Q.  And what are those?
18    A.  It could be called an oven or a dryer.
19    Q.  What was the heat source in that original
20  dryer?
21    A.  The heat source would have been, I think, a
22  natural-gas-fired combustion chamber.
23    Q.  When you graduated from Marquette --
24    A.  Correct.

7

1    Q.  -- you came back to the Patco Company to
2  work in some capacity?
3    A.  Yes.
4    Q.  And how did you start out?
5    A.  I started out primarily as a glorified
6  clerk, purchasing agent, helping my brother,
7  primarily, who was actively involved in the business
8  in a sales capacity.
9    Q.  And what was your brother's name?
10    A.  Edward S. Wilbur.
11    Q.  Was Sinclair Wilbur at that time involved
12  in any other businesses?
13    A.  Yes.  He owned and managed the Sargeant,
14  S-a-r-g-e-a-n-t, and Wilbur, W-i-l-b-u-r
15  Incorporated business, which is a manufacturer of
16  industrial heat-treating equipment.
17    Q.  How did Sinclair Wilbur get involved in
18  Sargeant & Wilbur?
19    A.  He worked when he got out of -- not right
20  away out of college.  He graduated from college in
21  1933, and during the depression there weren't many
22  jobs, so I think his first experience in the
23  engineering field was with a company called Schrum
24  Engineering or Schrum Heat Treating, I can't

8

1  remember which, and he worked for them for several
2  years learning the heat-treating business as a
3  design engineer, I believe; and he and two other
4  individuals, when that business went out of
5  business, decided to form the company that became
6  Sargeant & Wilbur in approximately 1937.
7    Q.  So your father was involved in the Sargeant
8  & Wilbur Company for about 25 years before he
9  started up Patco.
10    A.  OK.
11    Q.  Is that so?
12    A.  I'm not doing the math.
13    Q.  From 1937 to 1965, how many years would
14  that be?
15    A.  25, 27.
16    Q.  Who were the other two individuals he
17  started Sargeant & Wilbur with?
18    A.  One was George and Irving Sargeant.
19    Q.  Are they brothers?
20    A.  As far as I know, yes.
21    Q.  And what exactly was involved in, when you
22  describe industrial heat-treating equipment, what is
23  heat-treating equipment?
24    A.  It is high-temperature furnaces that are

9

1  used to heat-treat metals to relieve stresses in the
2  metals so that they will perform without cracking, I
3  would say for lack of a better word, under normal
4  everyday use.
5    Q.  I've heard the phrase "tempering."  Is that
6  sort of a tempered metal?
7    A.  Similar, yes.  There are several different
8  processes, but that is the most generic and most
9  direct.
10    Q.  And where was the facility located when
11  Patco first started operations?
12    A.  In Pawtucket, Rhode Island.
13    Q.  Do you remember the address?
14    A.  180 Weeden, W-e-e-d-e-n, Street.
15    Q.  And in the 1960s, where was Sargeant &
16  Wilbur located?
17    A.  Same location, different floor.
18    Q.  Who was the manufacturer of the oven that
19  Patco first used when it opened?
20    A.  Sargeant & Wilbur.
21    Q.  After you started working for Patco, I
22  assume you advanced beyond the clerk stage.  What
23  was the progress over time of the different
24  positions you assumed at Patco?

William B. Wilbur - 11/14/2003

**10**

1   A. It primarily consisted of my brother and
2   myself. My father was not involved in the day-to-
3   day activities. For lack of a better term, a very
4   general manager type position, with my brother being
5   the vice president, primarily of sales and marketing
6   efforts. Up until -- now, the chronology that
7   you're asking for is from what date to what date?
8   Q. Who was the general manager that you were
9   referring to? Was it your brother Edward Wilbur or
10  yourself?
11  A. When?
12  Q. Let's do it this way. From 1965 to 1970,
13  what positions did you hold at Patco?
14  A. None.
15  Q. From 1970 to 1975, what positions did you
16  hold at Patco?
17  A. I started in 1973 in -- let's see. I
18  graduated in May, so probably June, as I said, kind
19  of a clerk type to start, and as I learned more
20  about the customers and the process, as I said, a
21  very loosely defined general managerial type
22  activity.
23  Q. From 1975 to 1980, did your position change
24  at all?

**11**

1   A. It changed dramatically. As a result of my
2   brother passing away in 1978, I started for the most
3   part to run the company. I'm not sure when specific
4   titles kicked in. I can't give that information. I
5   just continued to operate the business and had --
6   what other question do you have?
7   Q. Did you become president of Patco at some
8   point in time?
9   A. At some point in time -- I can't remember
10  the exact date. Maybe it was the mid to late '80s
11  or somewhere in that range. I'm not sure.
12  Q. Who was the president of Patco prior to you
13  assuming that position?
14  A. That would have been my father, Sinclair
15  Wilbur.
16  Q. Was he still president of Patco at the time
17  of your brother's death?
18  A. Yes.
19  Q. And after you assumed the presidency was
20  Sinclair Wilbur involved in Patco in any respect?
21  A. No.
22  Q. Did he retire or pass away? What was the
23  reason for the change?
24  A. He never really had a great liking for the

**12**

1   tape business -- that's a mild way of putting it --
2   and preferred to let others run and manage the
3   company. His was just an oversight type of position
4   where he would receive financial information and
5   things of that nature. That was about the extent of
6   it up until the time that I took control of the
7   company, I believe in 1989 through 1990.
8   Q. When you took control of the company, were
9   there other officers involved in the company at that
10  point or did you assume all of the officer titles?
11  A. At that time I assumed the operational --
12  let's say officer titles of president and treasurer;
13  the secretary of the company was our attorney at the
14  time.
15  Q. And who was that?
16  A. A gentleman named Raymond J. McMahon, M-c-
17  M-a-h-o-n.
18  Q. When you first started working in 1973, how
19  many ovens did Patco use in its manufacturing
20  process?
21  A. One.
22  Q. And who was the manufacturer of that oven?
23  A. Sargeant & Wilbur.
24  Q. How big was that machine?

**13**

1   A. Approximately 40 feet in length.
2   Q. And what was the heat source?
3   A. As I mentioned earlier in one of your
4   initial questions, it was a natural-gas-fired
5   combustion chamber.
6   Q. To your knowledge, was it the same machine
7   that had been in place when the Patco Company
8   started up?
9   A. It may have been one generation removed.
10  They integrated some portions of the operation.
11  There was a need at the time to separately prime the
12  film on one coating line and put the adhesive on on
13  another coating line. And then they put the priming
14  station in line with the main oven, and that was a
15  very small unit. A very short-duration run. All it
16  does is allow the adhesive to anchor itself properly
17  to the film on the side that it's coated so that
18  when you unwind it the adhesive doesn't transfer to
19  the opposite side.
20  Q. And the priming machine, who was the
21  manufacturer of that machine?
22  A. Sargeant & Wilbur.
23  Q. Now, you described the machine that was in
24  place when you first came on board in 1973. Did you

William B. Wilbur - 11/14/2003

14

1  ever get a different oven for the manufacturing line
2  at Patco there in Pawtucket?
3      A. No.
4      Q. How long did Patco make tape at the Weeden
5  Street facility in Pawtucket?
6      A. Well, 1965, and we moved across the street
7  to 211 Weeden Street in 1975 or '76 and just
8  transferred the equipment that we had into that
9  location.
10     Q. And did Patco move to any other locations
11 after that switch to 211 Weeden Street?
12     A. Well, there was one other -- one other
13 location where -- actually, I think it was even
14 prior to that switch where they were still at 180
15 Weeden Street where we moved the slitting equipment
16 to a separate location for a time because we were
17 running out of space. I can't remember how long we
18 were there. It was a very short period of time.
19     Q. As far as the operations at 211 Weeden
20 Street were concerned, when the move was made there,
21 was the slitting machine, the oven and the priming
22 machine all a part of the process line? How did
23 that work?
24     A. Well, I will answer your question in a way

15

1  that I think will satisfy you. What I think you're
2  trying to say is was all the equipment in one
3  location?
4      Q. Yes.
5      A. None of those particular pieces of
6  machinery are integrated other than the coating
7  head, the dryer or oven and the rewind station.
8  Those are the integral parts of the coating line.
9  The slitting equipment is wholly separate and, yes,
10 to answer the question, as I understand it, it was
11 all in one location.
12     Q. And Patco made tape at 211 Weeden Street
13 until about when?
14     A. Until we -- well, we moved to Bristol in
15 1990 or '91, I can't remember which, and initially
16 had our converting operations running down there.
17 We set up an oven that had been built while we were
18 up at Weeden Street, but it had never been used,
19 down in Bristol. And that took us quite a while to
20 get up and running because we had to do a tremendous
21 amount of retrofitting to that machine since it was
22 going to not be used for its original purpose but was
23 retrofitted to accommodate its use to produce the
24 same types of products that we did at Weeden Street.

16

1      Q. So who made it originally prior to the
2  retrofitting that oven?
3      A. Who made that oven?
4      Q. Yes.
5      A. Sargeant & Wilbur.
6      Q. Do you recall when they made that?
7      A. It was over quite a, quite a stretch of
8  time, because there was no sense of urgency to
9  building it. It kind of was dictated by our ability
10 to pay for certain parts over a number of years, and
11 that was a project that my father was directly
12 involved in. There was nobody else really at
13 Sargeant & Wilbur beyond him that really understood
14 the tape business to any great degree. Their focus
15 is and always was the high-temperature furnace
16 business.
17          That particular machine had initially
18 been built to make in the industry what is called
19 label stock. It used primarily water-based
20 adhesives and maybe some solvent-based adhesives and
21 would be coated by a different method and wound in a
22 different way that we'd never done before.
23          Well, the problem is that the market
24 that had started to develop for those products

17

1  quickly evaporated and our ability to compete
2  effectively really was -- it didn't really make
3  sense for us to keep pursuing the building of that
4  machine for that purpose. So, in effect, it was
5  mothballed there and just sat there until I made the
6  decision to move to Bristol.
7          And then we needed a new machine but we
8  couldn't afford the downtime, so I decided to move
9  that machine down to Bristol and do all of the
10 retrofits that were necessary, as I said before, to
11 make it perform like the machine that was currently
12 producing products in Pawtucket. And, beyond that,
13 I'm going to let you ask another question, because
14 I'm sure you have one.
15     Q. When your father started getting involved
16 in the making of this, I'll call it a tape label
17 machine. Is that right?
18     A. No. You would call it an adhesive coating
19 line.
20     Q. An adhesive coating line machine. Where
21 was it being built?
22     A. It was being -- now, define "built."
23     Q. The final dimensions of this adhesive
24 coating machine were what?

William B. Wilbur - 11/14/2003

**18**

1    A. Approximately 90- to 100-some-odd feet long
2  when you put all of the components together.
3    Q. About how high?
4    A. It varied in height, depending on where you
5  were standing at any particular point along the
6  coating line. Most of them vary. At its highest
7  point I'd say maybe 12 feet.
8    Q. And how wide?
9    A. Well, the working width of material being
10  processed through the oven was designed to be about
11  60 inches.
12    Q. It was wider than the material at least 60
13  inches wide?
14    A. Yes.
15    Q. So this large -- this large machine when
16  compiled, I assume had to be in some particular
17  place for a while, and in order to build it, it
18  would have had to have been built in some location.
19  That's sort of what I'm getting at. Was it built in
20  the Patco facility? Was it built at Sargeant &
21  Wilbur? Was it built at some third location? Do
22  you recall?
23    A. It would have been, to put a definition to
24  it, fabricated at Sargeant & Wilbur and assembled at

**19**

1  the Patco Corporation.
2    Q. Patco was paying for this fabrication over
3  time. Is that so?
4    A. Correct.
5    Q. And would Sargeant & Wilbur deliver sort of
6  packets of the machine to the 211 Weeden Street
7  location? How did it that work?
8    A. It depended entirely on their floor space
9  needs at Sargeant & Wilbur. If they were getting
10  cramped with all of the other jobs they were trying
11  to do, they would deliver it piecemeal and just
12  certain parts would be there, and then they would --
13  let me think about this for a minute. It goes way
14  back. I don't think they ever did a final assembly.
15  I think it was just too long at Sargeant & Wilbur
16  for the whole thing. I think it was piecemeal to
17  Patco, but I'm not 100 percent sure on that.
18    Q. Do you recall, thinking back when this
19  machine was delivered to Patco, was it delivered to
20  the 211 Weeden Street location?
21    A. In piecemeal fashion, as we've discussed
22  already.
23    Q. That's a yes?
24    A. Correct.

**20**

1    Q. Do you recall if it came in crates or some
2  kind of packaging or was it just large pieces of
3  machinery?
4    A. It would have been delivered by a common
5  carrier, I imagine, of some sort, a truck, that
6  would deliver it to the loading dock and be
7  offloaded by the people working at Patco.
8    Q. How far away was Sargeant & Wilbur at that
9  time? Were they still across the street?
10    A. No. They had moved in a new facility.
11    Q. Where was that?
12    A. Over on the other side of Pawtucket. I
13  can't remember the exact street address. I believe
14  it's Montecello Road or Street.
15    Q. Did your father ever include you in
16  discussions about the different features of that
17  machine and what Patco would need for that label
18  market it was hoping to sell in?
19    A. Well, that would be part of the discussion.
20  He was interested, obviously, in the types of
21  materials that would be processed through there, and
22  what type of heat profiles would be necessary in
23  order to dry the materials properly, and what types
24  of speeds we were trying to accomplish and things of

**21**

1  that nature.
2    Q. Do you recall if there were any plan
3  drawings made for the manufacture of that machine?
4    A. There very well may have been. I'm sure
5  there were at some point, but I am not in possession
6  of them, and I would have no idea where they would
7  be at this point, because as I said, the machine was
8  radically retrofitted and it would not resemble, at
9  all, the original piece of equipment that was
10  designed by the time we were through retrofitting
11  it, primarily to accommodate the use of the
12  Wolverine thermal oxidizer.
13    Q. Do you recall if there were any control
14  schematics associated with that original
15  fabrication?
16    A. I'm sure there were, but, again, they are
17  not any schematics that are in my possession or in
18  the possession of anyone that I'm aware of, unless
19  they're somewhere in Tyco's possession at this
20  point. That I don't know. I don't know why those
21  prints would still be there because they're not
22  relevant.
23    Q. Who was in charge of the retrofitting of
24  the machine?

William B. Wilbur - 11/14/2003

22

1    A.  In-house Patco personnel.
2    Q.  Do you recall who their names were, what
3  their names were?
4    A.  At the time one of my supervisors was
5  Frederick Whittle.  Another gentleman's name was
6  Armand Coulombe.
7    Q.  How do you spell that?
8    A.  C-o-u-l-o-m-b-e.  And a variety of shop
9  personnel that would assist.
10    Q.  And what instruction did Mr. Whittle and
11  Mr. Coulombe have as to the retrofitting of that
12  machine?
13    A.  Could you repeat the question?
14    Q.  Sure.  What instructions did Mr. Whittle
15  and Mr. Coulombe have as to the retrofitting of that
16  machine?
17    A.  To the best of their ability to fashion it
18  in a way that would accommodate the production of
19  the same types of products that were being produced
20  on the coating machine that at the time was
21  currently in use at the 211 Weeden Street location.
22    Q.  What familiarity did Mr. Whittle and Mr.
23  Coulombe have with the machine in use at the 211
24  Weeden Street location?

23

1    A.  They had both been involved with operation
2  and repairs to that machine from time to time as was
3  necessary, so they were familiar with its basic
4  operation.
5    Q.  Did they employ any millwrights or other
6  kinds of metal workers to make this retrofit?
7    A.  I believe that most of the materials that
8  would have been used to retrofit were probably
9  fabricated at Sargeant & Wilbur, I think primarily
10  by Armand Coulombe, who had a background in mill
11  fabrication.
12    Q.  Did Armand Coulombe ever work for Sargeant
13  & Wilbur?
14    A.  He did.
15    Q.  At the time he was doing this retrofitting,
16  which company was he working for?
17    A.  Patco Corporation.
18    Q.  And when he got the metal work done at
19  Sargeant & Wilbur, did he go over to their location
20  on the other side of Pawtucket or did he send over
21  plans or how did that work?
22    A.  He would go there for the most part and do
23  the work himself.
24    Q.  Do you recall how long this retrofitting

24

1  process took?
2    A.  Exactly, no.  I'm going to say
3  approximately a year.  It seemed to take us quite a
4  while just to strip it down, put in the components
5  that we wanted to improve upon and to get the drive
6  controls, set it up in a way that would integrate
7  all of the functions of the machine properly.
8    Q.  Why did Patco make the move from 211 Weeden
9  Street to Bristol?
10    A.  They found that it was time to enlarge the
11  facility.  The location at 211 Weeden Street was
12  becoming crowded and cumbersome and difficult to
13  work in just from the floor space, materials flow,
14  and it allowed us to design a building that would
15  accommodate our concerns at the time and allow for
16  future expansion.
17    Q.  And did Patco hire any architects or other
18  professionals to help design that building?
19    A.  The building was built by a construction
20  firm named Anthony Nunes Incorporated located in
21  Bristol.
22    Q.  And when did they start that construction?
23    A.  Maybe August of 1990, maybe.  I'm not
24  completely sure on that.

25

1    Q.  And Patco purchased the real estate?
2    A.  Correct.
3    Q.  And the 211 Weeden Street, was that owned
4  by Patco or leased?
5    A.  Leased.
6    Q.  Now, prior to the building of the Bristol
7  facility, say in the 1989, '90 time frame back at
8  the 211 Weeden Street facility, what type of
9  ventilation system did Patco have in place for its
10  coating line?
11    A.  Define ventilation system.
12    Q.  Did the coating line at Patco in the
13  Pawtucket Weeden Street facility produce fumes?
14    A.  The machine itself did not produce fumes.
15  The materials that were used to produce the products
16  produced fumes.  The oven was used to dry the
17  adhesive and that as a matter of course would cause
18  fumes to be exhausted out of the oven out into the
19  atmosphere.
20    Q.  And what ventilation system was in place to
21  perform that function?
22    A.  It was an exhaust blower.
23    Q.  And how was that exhaust blower controlled
24  in Pawtucket?

William B. Wilbur - 11/14/2003

**26**

1  A. I believe it was a straightforward -- I'm
2  trying to think of the correct term -- switch.
3  There was nothing exotic about that particular part.
4  Q. And the adhesives that produced the fumes,
5  were these fumes volatile organic compounds?
6  A. They are classified as that, yes. VOCs.
7  Q. And what hazards were associated with those
8  VOCs during that 1985 time frame in that process you
9  described?
10  A. Define "hazards."
11  Q. Around 1989 you were the president of
12  Patco, correct?
13  A. Correct.
14  Q. And you'd been working there since 1973?
15  A. Correct.
16  Q. Did you have an appreciation in 1989 of the
17  hazards that were associated with the manufacture of
18  pressure-sensitive adhesive tapes?
19  MS. LONG: Objection.
20  A. I had an appreciation for the hazards that
21  could result if they were not handled properly.
22  Q. And what were those?
23  A. Anything that would cause an over-
24  concentration of the vapors to collect or an

**27**

1  adhesive spill in a given area and things like that
2  that are common with any flammable liquid, such as
3  the gasoline that is used to fill up your car, which
4  is a volatile organic compound.
5  Q. So the adhesives that were used at Patco in
6  the Pawtucket facility, they were flammable?
7  A. Yes.
8  Q. And were the fumes that came off of them
9  flammable as well?
10  A. Fumes of and by themselves aren't
11  flammable. They can be ignited in a certain
12  situation, if there was a static spark or something
13  to ignite them.
14  Q. But the fumes could burn under those
15  circumstances you described?
16  A. It could.
17  Q. And you knew that in 1989 when you were the
18  president of Patco?
19  A. Yes.
20  Q. So you mentioned the two hazards,
21  overconcentration and an adhesive spill. What was
22  hazardous about an overconcentration situation?
23  A. I think, as in any case, if you have an
24  overconcentration of VOCs in a confined area and

**28**

1  they are not being exhausted, that could cause a
2  situation where if there was a spark or some event
3  like that to occur, there could be a fire.
4  Q. And the machine that was in use at that
5  time, the heat source, was that still the natural
6  gas?
7  A. Yes.
8  Q. So what precautions did you as the
9  president of Patco at that time take to insure that
10  there wasn't an overconcentration situation and some
11  ignition?
12  A. Primarily to ensure that the exhaust fan
13  was always running when that machine was in
14  operation.
15  Q. And you appreciated that was essential to
16  deal with this hazard that you appreciated?
17  A. Yes.
18  Q. And how exactly did Patco at that time,
19  back in 1989, go about making sure that happened?
20  A. As I said, it was a situation where the
21  exhaust fan would be put on as a matter of course in
22  the operation of the machine, and as such, the
23  machine would not be operated unless the exhaust fan
24  was operating.

**29**

1  Q. And that was Patco policy?
2  A. That was commonsense operational policy.
3  Q. So did Patco train its employees to make
4  sure that that commonsense operational policy was
5  implemented during a manufacturing process?
6  A. Yes.
7  Q. Do you have any background in electrical
8  engineering?
9  A. None.
10  Q. Have you ever --
11  A. Have I ever taken any courses?
12  Q. Yes.
13  A. Yes.
14  Q. Could you tell me about those?
15  A. No. I'll tell you why, because it was a
16  very long time ago. In 1974 I took some -- maybe
17  basic electrical courses at Roger Williams College
18  in the evening along with physics, statistics and
19  dynamics, and at the time I was interested in
20  possibly switching from a career with Patco to one
21  with Sargeant & Wilbur and being an engineer, and at
22  the time my brother passed away, all of that
23  disappeared, so I stopped my studies at that point
24  and concentrated on the tape business.

FARMER ARSENAULT BROCK LLC

William B. Wilbur - 11/14/2003

---

**30**

1    Q. Between the time of your brother's death
2 and the time that you became officially the
3 president of Patco, what were your principal duties
4 for the company?
5    A. Primarily oversight of production and sales
6 management. Oversight of payables and general
7 accounting procedures. It was a very small
8 operation, so there were not a lot of people
9 involved. You wore a lot of hats. But my main
10 drive was looking for new opportunities, new
11 products that we could produce has always been my
12 main thrust, research and development. New products
13 to go after niche markets where we could realize our
14 potential and within the capabilities of the small
15 company that we were.
16    Q. When did you first start becoming involved
17 in this research and development for Patco?
18    A. 1976 or '77, somewhere in there.
19    Q. And what kind of things did you do in order
20 to do research and development?
21    A. Ordering different samples of adhesive
22 systems and trying different combinations of those
23 adhesive systems to see if I could get the
24 properties that a customer was interested in

---

**31**

1 obtaining in terms of degree of adhesion or lack of
2 adhesion or moveability characteristics.
3    Q. So you were involved in experimentation?
4    A. Yes.
5    Q. Did anyone at the company assist you in
6 that research and development?
7    A. No, not really. I was for the most part
8 self-taught.
9    Q. Did Patco develop a library of materials,
10 industry type materials to help in that research and
11 development effort?
12    A. Very basic, any type of material
13 publication that you would get from a vendor
14 describing their raw materials and what its
15 properties were, but for the most part, they were
16 generic in nature and were never really identifying
17 the types of areas that I was interested in using
18 them. I was just aware of some of their
19 -- functionality characteristics and how they might
20 apply themselves to being compounded in an adhesive
21 system that would allow me to achieve the desired
22 properties that I was looking for.
23    Q. Did you ever patent any processes or
24 procedures?

---

**32**

1    A. No.
2    Q. The building of the shell of the Bristol
3 facility, was that relatively quick?
4    A. It was. The shell went up -- it's a
5 typical metal building. There's not a lot to it.
6 It's like an erector set, so it went fairly quickly
7 after it had been graded and the foundation had been
8 poured, which I believe was in August or September
9 of 1990.
10    Q. Did the Clean Air Act Amendments of 1990
11 have anything to do with the opening, or the plant
12 opening in the Bristol facility?
13    A. No, they didn't have any impact on it.
14 Actually, I was under the impression that we could
15 move the existing equipment from 211 Weeden Street
16 to Bristol and operate under the same emissions
17 umbrella that we had. There was no need in
18 Pawtucket for a pollution control device because we
19 had an emissions cap, so for that reason I thought,
20 as long as we were in the state, we were all set,
21 but I found out very quickly as soon as you put one
22 foot outside the door of 211 Weeden Street you were
23 subject to the new regulations which required a
24 pollution control device to be installed, and that's

---

**33**

1 when we got involved with Wolverine and tried to
2 fast-track getting that piece of equipment
3 integrated into the retrofitting that we were doing
4 on the old Sargeant & Wilbur oven.
5    Q. Had Patco already bought the real estate
6 when you learned that new information?
7    A. I think so, yeah. That didn't really have
8 any -- it just meant that additional funds were
9 going to have to be spent to get that particular
10 coating line up and running. In the scheme of
11 things, the main thrust was to give us more
12 capacity, more floor space, and the ability to grow
13 the business. That's the primary reason for the
14 move.
15    Q. What were the first functions that were
16 transferred from the Pawtucket facility to the
17 Bristol facility?
18    A. The -- what they commonly referred to as
19 the converting department, which involved all of the
20 slitting equipment that would take the wide-width
21 rolls of tape and cut them into smaller rolls.
22    Q. Were the office staff, were they
23 transferred over to the new facility?
24    A. Correct.

---

William B. Wilbur - 11/14/2003

34

1    Q. Did they come over with the converting
2    department?
3    A. Roughly, roughly at the same time. I can't
4    remember who was there first. It was within a
5    relatively compact space of time.
6    Q. Did your office move over to the Bristol
7    facility with the converting department or did you
8    just split your time between the two?
9    A. I primarily worked out of the Bristol
10   office and would from time to time go back and forth
11   to the Weeden Street facility where the coating was
12   being done to check on the progress and make sure
13   that they were producing the products that we needed
14   to fill the orders.
15   Q. At that time after you had moved your
16   office over to Bristol but the coating department
17   was still operating in Pawtucket, who was in charge
18   at Pawtucket when you were in Bristol?
19   A. It depended. There were -- I can't
20   remember who the coating operators were. We would
21   typically have a three- or a four-man crew. And
22   whoever the individuals were, I can't remember.
23   There would be a lead coating supervisor or foreman
24   and then he would have two or three people working

35

1    with him. Sometimes he would be part of the
2    operation operating the coating head or the rewind
3    end or he would be just floating back and forth
4    making sure things were operating correctly, staging
5    materials and things of that nature.
6    Q. What was Fred Whittle's role at that time
7    during this transaction?
8    A. Fred Whittle was one of the first
9    individuals down in the Bristol facility helping
10   with the retrofit of the old -- well, the -- what do
11   we call it? The mothballed coating line that had to
12   be retrofit. He was involved in that process for
13   the most part, and kind of would come up to
14   Pawtucket as necessary to solve any problems that
15   the coating line guys couldn't figure out.
16   Q. What were Patco's plans for the machine
17   that was -- the oven machine that was still in
18   Pawtucket?
19   A. Oh, disassemble and just dispose of it. It
20   wasn't, it wasn't worth moving and it needed way too
21   much work in order to operate it. So running -- the
22   idea of running two lines down in Bristol didn't
23   make any sense because we didn't -- we weren't in an
24   overcapacity situation, so the one new coating line

36

1    was just fine.
2    Q. At the time that the converting department
3    came over to Bristol and the coating department was
4    still in Pawtucket, how many shifts was the coating
5    department running?
6    A. In Pawtucket?
7    Q. In Pawtucket.
8    A. I believe it was one. They would maybe
9    extend it. Traditionally it would be eight hours,
10   is the typical shift. Sometimes they were ten
11   hours, maybe twelve. That's about the extent of it.
12   It was one-shift operation, as I remember it.
13   Q. Do you know William Plunkett?
14   A. Yes, I know William Plunkett.
15   Q. How did you come to know him?
16   A. I came to know him through Pat Connors, who
17   gave me his resume that had been mailed in to Patco
18   because he was at the time looking for a job.
19   Q. After you saw his resume, what was your
20   reaction?
21   A. Based on the information I think that I saw
22   there, I thought it was worthwhile to speak with
23   him, have a cursory conversation, and invite him
24   down to the facility so we could get a feel for what

37

1    his expertise was. And he showed a very good
2    aptitude for organizational skills and inventory
3    matters, purchasing matters, materials planning,
4    resource management. Quite a lot of areas where we
5    had been lacking discipline. And he brought a sense
6    of structure and discipline to that operation.
7    Q. Do you recall what the job was he was first
8    hired for at Patco?
9    A. For lack of a better term, I might call it
10   an operations manager, maybe purchasing -- yeah,
11   purchasing. Purchasing manager/operations. I think
12   the operations came after the purchasing. He had to
13   learn and come up to speed, primarily on all of the
14   different materials that we use, which were
15   different, obviously, than the operation he had been
16   previously involved in, but he did that very quickly
17   and came to realize what types of controls and what
18   types of methods to put into place to organize our
19   inventory and production items, so...
20   Q. So Mr. Plunkett begins his work at Patco in
21   the purchasing -- with a purchasing emphasis. Do
22   you recall if there was still this manufacturing of
23   the tape going on in Pawtucket at the time he was
24   first hired?

William B. Wilbur - 11/14/2003

---

38

1  A. Yes, because he used to go up there and he
2  would check out what the inventory was on specific
3  items and what was being run and produced and what
4  the needs were to fill orders in the converting
5  department in Bristol. Kind of generally oversee
6  that things were being done as they should be.
7  Q. When you or Patco learned that there was
8  going to be this pollution control device
9  requirement for the Bristol facility, how did you go
10  about learning more about what Patco had to do to
11  make that happen?
12  A. Well, there was information that was
13  provided to me, I think by the DEM, Department of
14  Environmental Management, Air and Hazardous
15  Materials Division, or something, a gentleman named
16  Doug McVay, and he was the contact that we used that
17  Eric Long from Wolverine had meetings with, and I
18  think we actually both went up there to meet him at
19  some point and discuss how we were going to approach
20  this thing and what the timelines were and what he
21  needed to see in order to approve the process.
22  Q. When you say you "went up to meet him," do
23  you mean Doug McVay at his office or Mr. Long at his
24  office?

---

39

1  A. Doug McVay at his office. Eric Long came
2  down -- I don't know if he met me at McVay's office
3  and came down to Bristol and then we went up to
4  McVay's office in Providence.
5  Q. Had Patco, to your memory, used Wolverine
6  as a supplier of machinery at some point prior to
7  that?
8  A. No.
9  Q. Did Wolverine supply a coating device to
10  Patco?
11  A. Define "coating device."
12  Q. A rollover roll coater?
13  A. Yes. We bought for the Bristol facility a
14  new coating head, which you identified as the
15  rollover roll coater, from Wolverine, and I believe
16  it came through Wolverine, but Wolverine had
17  acquired a company, I think called American Tooling
18  Machine, ATM, and I don't know if it was them that
19  made the coating head or Wolverine. I'm not sure
20  about that.
21  Q. What was wrong with the coating head at
22  Pawtucket? Why not just use that one again?
23  A. That needed repair, a lot of retrofitting,
24  and it wasn't wide enough to accommodate the new

---

40

1  oven that was being put in place in Bristol. As I
2  said, it was going to accommodate about a six-inch-
3  wide web, and I think the widest that that coating
4  head down in Pawtucket could handle was about 47
5  inches wide, so it really didn't make any sense.
6  Q. And do you recall if Patco purchased this
7  coating head from Wolverine prior to the discussion
8  about the thermal oxidizer?
9  A. I don't remember. I do not remember.
10  Q. What do you recall about the meeting
11  with -- that first meeting with Mr. McVay at the
12  Department of Environmental Management and what
13  would be required of Patco in order to begin
14  operations in Bristol?
15  A. Very little. I was relying primarily -- I
16  was there as the Patco representative, let's say,
17  and the reason for having Eric Long there was I was
18  using him, in effect, as our engineering staff. I'm
19  not an engineer. I don't pretend to be an engineer.
20  So I needed his expertise to explain to Mr. McVay
21  whatever it was we needed to do in order to get the
22  permits we needed to start an operation down there.
23  Q. Did you have any conversations with Mr.
24  Long about the type of manufacturing that you

---

41

1  intended to engage in at the Bristol facility?
2  A. Yes. I think he had -- again, I'm not
3  sure. I would tend to think that is -- let me put
4  it this way: I'm not sure of this, but he may have
5  been invited to come up and may have seen the 211
6  Weeden Street operation so he could get an idea of
7  how the material worked through the system, and
8  based on that, he would have a better understanding
9  of how things were produced; but, again, I'm not
10  sure if he ever saw that. He may have just seen the
11  retrofit in process down in Bristol, and I think at
12  that point we may have been trying to get the drive
13  controls down.
14  And what that means is the -- in order
15  to get the web to go through the coating head and go
16  through the drying oven and then go into the windup
17  required separate speed controls on the motors that
18  were used, and that was, that was done by a company
19  called -- I think it was Warner, Warner Controls. I
20  don't know. That's all I really remember. Fred
21  Whittle was I think more involved in talking with
22  those guys about how to do it because he was more
23  familiar on how the system had been working down
24  in -- well, up in Pawtucket.

---

FARMER ARSENAULT BROCK LLC

William B. Wilbur - 11/14/2003

42

1    Q. Now, the rewind portion of the coating line
2 in the Bristol facility, how was that made?
3    A. Well, it was a retrofit again by -- there
4 had been the original rewind/laminator which only
5 meant that two rolls pressed together. That was
6 going to be part of that original piece of equipment
7 that was the mothballed coating line, and it was
8 structurally redesigned to be retrofitted into a
9 fashion that closely approximated the Weeden Street
10 operation.
11    Q. And who was involved in that retrofit?
12    A. Again, that was primarily Fred Whittle and
13 Armand Coulombe.
14    Q. What happened to the rewind machine in
15 Pawtucket?
16    A. Just so we're clear on this, the coating
17 head, the oven, the rewind, all parts of that
18 particular machine were disassembled and scrapped,
19 to the best of my knowledge. Although an addendum
20 to that might be, we may have kept -- I don't know
21 if we kept actually the coating head for a while
22 down in Bristol and just mothballed it in the back
23 room in case we needed the rollers or the vacuum
24 belt or something of that nature. That sticks in my

43

1 mind for some reason, but I'm vague on that.
2    Q. Was there a separate enclosure in Pawtucket
3 in which the coating head was placed that was
4 separate from the facility itself back in 1989?
5    A. No. The coating head was -- the coating
6 line was over on one side of the building and the
7 converting/slitting was, and packaging was done on
8 the other side of the building. The coating area
9 was open, with the exception of the area where the
10 material came out of the coating head and went onto
11 the conveyor belt that went into the oven, and that
12 was semi-enclosed with sheet metal and flexible
13 vinyl strips, kind of like that you put up on a
14 loading dock door, to contain the amount of VOCs
15 that were flashed off during the period before it
16 actually went into the oven. And since there was a
17 negative pressure at that point, those VOCs were
18 pulled into the oven for the most part.
19    Q. And in the Pawtucket facility, aside from
20 that negative pressure that was pulling the flashoff
21 VOCs into the oven in the area you described, was
22 there some other ventilation control for the fumes
23 that were produced in that area?
24    A. I think over the coating head there was an

44

1 exhaust hood, and that would have been exhausted out
2 separately from the main exhaust in the oven out
3 into the atmosphere.
4    Q. Did that exhaust hood have a blower
5 associated with it?
6    A. Yes. Well, it would have needed to in
7 order to be exhausting. It wasn't gravity exhaust;
8 it was pulled out by a blower, kind of like on a
9 stove, I'm thinking that you would imagine there.
10    Q. On that exhaust hood device in Pawtucket,
11 how was that controlled?
12    A. By the same kind of on/off switch type of
13 thing. I don't remember the control sequence.
14    Q. Do you recall if there was any safety
15 function that that exhaust hood was serving at the
16 Pawtucket facility?
17    A. Well, the primary safety function would be
18 to exhaust whatever fumes were gathering at the
19 coating head to the best of its ability to do so.
20    Q. I guess, why bother? What's the danger?
21    A. I guess it's an operator comfort level, you
22 know, to exhaust those fumes away from the immediate
23 coating head area while he's working there.
24    Q. Did that exhaust hood dissipate this

45

1 concentration phenomenon that you described earlier?
2    A. What I described earlier, and I believe
3 what your question was, alluded to under what
4 situation VOCs would pose a problem of causing a
5 fire or explosion, and to the extent that exhaust
6 hood was regulating a very small amount of adhesive
7 that was actually on the bank, an adhesive bank
8 where it was being applied, there was a very small
9 danger of there being a problem. Plus, they had, I
10 think, a dry chemical system in place there that, if
11 there was a fire of any sort, that it would put it
12 out.
13    Q. And that dry chemical system was a fire
14 suppression back in Pawtucket?
15    A. Correct.
16    Q. During the retrofitting process and the
17 building of the Bristol facility, did there come a
18 time when you became aware that the Bristol facility
19 needed to have a separate coating room?
20    A. That was something that I always thought
21 would be to the benefit of the operation and also by
22 virtue of the requirements of the DEM as it was
23 expressed in setting up this new facility, I think
24 that there had to be either a partial enclosure or a

William B. Wilbur - 11/14/2003

46

1  total enclosure, and those, or the type of enclosure
2  was defined by the rate at which the VOCs or air was
3  pulled into the enclosure and into the oven. I'm
4  really digging now.
5      Q. A long time ago, obviously.
6      A. Yes.
7      Q. Do you recall if the design of that coating
8  room was part of the construction services that the
9  Anthony Nunes Company provided to Patco?
10     A. They would have done the fabrication of it,
11 but it would not be of their design only because I
12 would have directed them as to how it should be
13 configured and put together, and I'm not sure if
14 they did the whole thing, or I think we did part of
15 it, actually.
16     Q. How did Patco learn of how the coating room
17 should be configured?
18     A. I think common sense. Again, also industry
19 literature. There really wasn't a lot available
20 about total enclosures that I was aware of at the
21 time. So at the time, best of our ability, we
22 configured it in a manner that would accommodate the
23 regulations that were required and also the ability
24 of the personnel to work effectively within that

47

1  enclosure.
2      Q. Were the regulations federal and state
3  regulations?
4      A. They were primarily state regulations, but
5  I believe that the federal -- how did that work if
6  the federal regulations -- again, I'm going way
7  back. And I think at that point in time Rhode
8  Island was ahead of the curve in terms of
9  catching -- in terms of being ahead of what the
10 federal regulations were requiring in terms of new
11 coating equipment and stuff. But I'm not sure about
12 that. So it was -- we relied on Doug McVay and the
13 Rhode Island Department of Environmental Management
14 to tell us how to do -- because they were the entity
15 that was going to allow us to operate down there by
16 virtue of issuing a permit, so they were the ones we
17 had to satisfy. And the EPA, I think, as long as
18 Rhode Island identified us and gave us a permit,
19 then the EPA by default would allow us to operate.
20 Again, I'm just not completely clear on that one.
21     Q. And you mentioned that there wasn't much
22 information out there about how to construct the
23 coating room but tried to find some industry
24 literature. Is that fair?

48

1      A. No. Just looking through magazines,
2  primarily Converting Magazine, and there were some
3  other trade publications that showed coating lines,
4  we would try to get an idea. Ours was so different,
5  our coating method, than most that are used in the
6  industry that it's pretty much virtually impossible
7  to find anything that looked like it. Most coating
8  operations will do roll-to-roll coating where they
9  take one big roll and rewind the whole roll at the
10 other end. And it's all under tension, so they can
11 put the components fairly close together, where ours
12 has to be spread out a little bit because of these
13 free tension zones, so there's no stress on the web,
14 or else it would break.
15     Q. What's a web?
16     A. What's a web?
17     Q. Yes.
18     A. In our vernacular, it would be any
19 substrate that you are applying a coating to and
20 putting it through a drying oven for purposes of
21 turning it into a product that a customer is
22 interested in purchasing from you.
23     Q. So it's the back of the tape?
24     A. Yeah, that's one definition.

49

1      Q. The free tension zones, if one were to look
2  at the line, what would these free tension zones
3  look like?
4      A. It would look like a U, a loop. Imagine
5  holding a sock in your hands and bringing your hands
6  together. The sock, unless it's got a lot of starch
7  in it, is going to droop down like this, so that's
8  exactly what would happen in this free tension zone.
9  We'd take the stress out of the sock while it's
10 being transferred from the coating head through the
11 conveyor belt to the oven, out of the oven and into
12 the rewind area.
13     Q. Was there a free tension zone on each side
14 of the oven?
15     A. Yes.
16     Q. How would the web be drawn through the
17 length of the oven?
18     A. It was conveyed through the length of the
19 oven on a conveyor belt.
20     Q. In the Bristol facility, do you recall what
21 that conveyor belt was made out of?
22     A. I believe it was some type of polyester/
23 cotton blend. Sorry, it sounds like a shirt, but
24 that's what it was. I believe in Pawtucket it had

William B. Wilbur - 11/14/2003

**50**

1    been primarily cotton, but we wanted to get a little
2    bit higher temperature profile in Bristol to run
3    some different products, so we went to this next
4    step up, which was this polyester/cotton blend.
5    That's all I can remember about it.
6        Q. Some kind of fabric weave. It wasn't metal
7    or anything like that?
8        A. No. It was all -- it was a belt, you know,
9    like a cotton/polyester woven product.
10       Q. It wasn't rubber?
11       A. No.
12       Q. In the Bristol facility, how was the speed
13   of that conveyor belt regulated?
14       A. It was part of that Warner Controls
15   mechanism that I mentioned to you previously that
16   was integrated with the other components, so I'm not
17   sure how it worked. I just know that it did perform
18   the function that we wanted it to.
19           MR. WALKO: We'll go off the record.
20           (Lunch recess)
21           AFTERNOON SESSION
22           MR. WALKO: Let's go back on the record.
23       Q. As the Bristol facility was opening up in
24   the early 1990s, we discussed how the coater room

**51**

1    was something that was unique to the process that
2    you were going to employ there. Do you recall any
3    special features that you wanted installed in that
4    coater room at the start back in the early 1990s
5    period?
6        A. I don't think there was anything overly
7    specific, just that it be operator-friendly and a
8    safe environment and meet the requirements as they
9    were set out by the DEM.
10       Q. What kind of ceiling was first installed in
11   the coater room?
12       A. I think it was, I think it was
13   polycarbonate; I think it was Lexan, was the trade
14   name on it.
15       Q. Could you see through it?
16       A. Yes. Yes, I think -- right. It had to be
17   a total enclosure. We used the fact that it was a
18   total enclosure with the Lexan. It was clear and it
19   allowed the fluorescent lighting on the outside to
20   shine through so the operator could perform in an
21   illuminated area that would not inhibit his ability
22   to perform his functions.
23       Q. Were those fluorescent lights above the
24   Lexan ceiling --

**52**

1        A. Yes.
2        Q. -- or below?
3        A. They were above.
4        Q. Why were they above?
5        A. Because they would have been considered
6    non-explosion-proof.
7        Q. And why was that important?
8        A. Because you're working in an environment
9    that has VOCs and, as previously stated, the
10   possibility of some mechanical or electrical spark
11   could cause them to become a fire or cause an
12   explosion of some sort.
13       Q. When you designed that room, Patco had an
14   appreciation that there was a potential fire/
15   explosion danger in the process taking place at that
16   location?
17       A. Yes.
18       Q. Were there any other safety features that
19   were designed in that coater room with that fire
20   hazard in mind?
21       A. There was a fire suppression system. The
22   motors were all wired to be explosion-proof. I
23   don't know if there were two or just one motor.
24   There was the main drive motor for the coating head,

**53**

1    which I think worked in concert with the vacuum
2    belt, which pulled the web through the coating head
3    and brought it into the conveyor belt, and the
4    static eliminators that were I think mounted at the
5    coating head, and before or during, in that loop
6    area where it would enter the oven, that's the way I
7    remember it.
8        Q. Could you describe for me what this vacuum
9    belt was and what function it served?
10       A. It served to pull the web, which we've
11   already defined, down through the coating head and
12   bring it into the loop, which we've already defined,
13   and deposit it onto the conveyor belt which carried
14   the web through the oven.
15       Q. How did the vacuum feature come into play?
16       A. Explain, clarify.
17       Q. You called it a vacuum belt.
18       A. Yes.
19       Q. I assume that vacuum is the adjective for
20   belt that's describing the type of belt. What's the
21   function?
22       A. The function is to pull the web through the
23   coating head oven by itself. There's a top roller
24   and a bottom roller. The web goes up, is in contact

William B. Wilbur - 11/14/2003

66

1  in Pawtucket need a pollution control device?
2      A. It didn't. That would have been for that
3  particular unit that ended up going down to Bristol.
4      Q. So what was the plan regarding the unit at
5  that -- at the time you communicated with --
6      A. At this time, we were slowly but surely
7  going through the process of seeing if we could make
8  something that would satisfy the requirements for a
9  pollution control device at that facility, and then
10 the decision was made to move to Bristol, and at
11 that time I couldn't wait to make sure that this
12 particular type of equipment that he intended to
13 build and had gone through the process of submitting
14 prints and calculations to DEM would work in a time
15 frame that would allow us to get on line quickly, so
16 we just never went forward.
17     Q. At the time you communicated, Patco
18 communicated with the Rhode Island Division of Air
19 and Hazardous Materials in October of 1989, did
20 Patco have an understanding that if it were to run
21 this -- the mothballed machine, that it would need a
22 pollution control device in order to do so?
23     A. If we were going to run solvents through
24 it, yes.

67

1      Q. So was the thought to have, then, two lines
2  running in Pawtucket?
3      A. You know, at the time it was, it wasn't on
4  the front burner. It was something that if we can
5  get this thing to a point where it's working and it
6  can take over production for the old coating line,
7  which was on its last legs, as I already mentioned,
8  then we would have done what we ended up doing by
9  moving to Bristol, getting rid of the old coater and
10 keeping the new coater up there and running with the
11 pollution control equipment. That was a long-range
12 project, like that whole coating line was. It
13 wasn't that I kept pushing and pushing and needed to
14 get up and running. We were going through the
15 approval and everything that was necessary, if we
16 decided to go ahead, which we never did.
17     Q. Did you have an understanding back at that
18 time, back in 1989, that the grandfather provisions
19 that allowed the Pawtucket facility to operate
20 without a pollution device were going to expire?
21     A. Yeah, but there was an agreement, I think,
22 if I remember correctly, we were going to be allowed
23 to continue operating under an emissions cap. They
24 would put X amount of tons per year, and we couldn't

68

1  go above that, and as we had been doing, we'd be
2  filing -- I think it was yearly, or maybe they
3  wanted to go to quarterly reports on the amount of
4  emissions that we were sending up the stack.
5      Q. Do you recall if Patco was classified as a
6  major or a minor source polluter?
7      A. Just by virtue of the amount we put out --
8  I don't have any documentation, I don't have any
9  reference that I can put my finger on, but we were
10 small. I think we would have been classified as --
11 what did you say?
12     Q. A minor source?
13     A. A minor source, just because there wasn't a
14 lot being produced at that point, especially at that
15 facility. There was only one shift. And like I
16 said, maybe extended ten to twelve hours, if we
17 needed it to be.
18     Q. Now, you mentioned that your father was the
19 one who was involved in designing this proposed
20 thermal oxidizer?
21     A. Yeah, actually some of it was constructed.
22 It was reasonably far along, but it just -- we
23 moth-balled it. It never got put together
24 completely. I really don't know what happened to

69

1  it.
2      Q. And just so we're talking about the correct
3  terminology, in the first sentence of Exhibit 172 it
4  refers to a catalytic afterburner. So was this a
5  catalytic oxidizer and not a thermal oxidizer?
6      A. OK. Yeah. It would be a catalytic
7  oxidizer, which would be allowed to operate at a
8  lower temperature than 1400 degrees by virtue of the
9  catalyst that is used, which, much like an
10 automobile uses, I think platinum, some type of
11 precious metal that would allow VOCs to be destroyed
12 at a lower temperature.
13     Q. So just like on your car you have a
14 catalytic converter, this design of pollution
15 control device had a catalyst involved with it to
16 destroy the pollutants?
17     A. Correct. And another problem that we kind
18 of had after the -- looking at it more closely, was
19 we were starting to get into different product mixes
20 and, although it hadn't come to fruition at that
21 particular point, if we had been running the
22 silicone adhesives, we wouldn't have been able to
23 run those type of adhesives with that unit because
24 it would have poisoned the catalyst and rendered it

William B. Wilbur - 11/14/2003

70

1  useless.
2      Q.  When did Patco start to run the silicone
3  adhesives?  Do you recall if it was still at
4  Pawtucket or was it at Bristol?
5      A.  No, it was in Bristol when the technology
6  became available.
7      Q.  On page 2 of this document, paragraph
8  number 6, it refers to a capture system.  Do you see
9  that there?
10     A.  It must have been some design that he had
11 in his mind for capturing the VOCs.  I don't have
12 any of those documents or prints or anything
13 regarding that, so I really can't tell you.
14     Q.  What that capture system was referring to?
15     A.  What the capture system was, how it was
16 designed or what it was intended to look like, I
17 just don't know.
18     Q.  There's a large paragraph that follows
19 paragraph number 8.  Just read that to yourself.
20     A.  Just this paragraph?
21     Q.  Yes.
22     A.  All right.
23     Q.  Does that refresh your recollection at all
24 about the capture system?

71

1      A.  No.  What it looked like?
2      Q.  No, refers to.
3      A.  What it refers to?
4      Q.  Yes.
5      A.  It refers to a total enclosure, it would
6  seem, would be the type of design, because usually
7  if they're going for 100 percent capture, it's
8  usually a total enclosure, the way I remember it.
9      Q.  I'm going to show you a group of documents,
10 and before we mark those as an exhibit, they were
11 produced with a paper clip on them.  If you would
12 briefly flip through those documents and tell me if
13 they were supposed to be together or were supposed
14 to be separated?
15     A.  I think just by virtue of -- they could be
16 put together just for reference purposes.  I think
17 these are the original -- not the original.  They're
18 not the original, but copies of the applications to
19 the DEM for the oxidizer and the coater.  And then
20 this is the letter where they issue the permits.
21     Q.  On this last sheet, it says Attachment 1.
22 Is that an attachment to the June 5, 1991 letter?
23 Take your time.
24     A.  No.  Because what they're saying here is

72

1  "Your application for the installation"...
2      (Pause.)
3      A.  It could have been.
4      MR. WALKO:  What I'll do is mark them as
5  four different documents so we'll keep them
6  straight.  I'll identify them for the record first
7  as WILB 254 through WILB 266, which we will split up
8  into four different exhibits.
9      (Marked, Exhibit 173, letter, 5 June
10 1991.)
11     (Marked, Exhibit 174, application for
12 approval of plans to construct.)
13     (Marked, Exhibit 175, application for
14 approval of plans to construct.)
15     (Marked, Exhibit 176, Attachment 1.)
16     Q.  Now, showing you what has been marked as
17 Exhibit 173, Exhibit 174, Exhibit 175, and Exhibit
18 176, which of those exhibits were the applications
19 you were referring to?
20     A.  It's 174 and 175.  One thing I did notice
21 down here that is very odd, though, is in Section C
22 it says, "Are ovens used in process?"  Yes.  It
23 says, "If yes, complete the following."  "Direct-
24 fired, indirect-fired, fuel type, gas, the fuel type

73

1  is gas, but it is not direct-fired; it was indirect-
2  fired inasmuch as we used the feedback from the
3  Wolverine oxidizer, the hot air to heat up the oven.
4  There was no direct -- although it initially had
5  been designed that way, that's one of the retrofits
6  we removed, because we were using the exhaust heat
7  in the Wolverine oxidizer to feed back into the oven
8  to heat it up.
9      Q.  That part of the application you were just
10 discussing appears on Exhibit 174?
11     A.  Yes.
12     Q.  What's the date on Exhibit 174, date or
13 dates associated with it?
14     A.  Well, there's a couple of dates on 174.
15 There's a received date from the Division of Air and
16 Hazardous Materials of March 27, 1991, and then
17 there's other dates, so I don't know which date is
18 applicable.
19     Q.  Is there a date on the exhibit such as at
20 the back where a place for the signature appears?  I
21 don't know if there is.  I'm just asking.
22     A.  Yes.  March 26, 1991.
23     Q.  Are there any dates associated with Exhibit
24 175 in the same manner?

William B. Wilbur - 11/14/2003

74

1    A. February 6, 1991. Yes. February 6, 1991
2 on 175. And in both cases, the approval dates from
3 the DEM are June 3rd, 1991.
4    Q. And what's the difference between the --
5 well, first let's start with what's the title of the
6 preprinted form that was filled out, which is
7 Exhibit 174?
8    A. "Application for approval of plans to
9 construct, install or modify" -- excuse me, "or
10 modify process equipment."
11    Q. And is that the same title that appears on
12 the top of Exhibit 175?
13    A. No. 175 is "Application for approval of
14 plans to construct, install or modify air pollution
15 control equipment."
16    Q. So 175 has to do with air pollution control
17 equipment and 174 has to do with?
18    A. The coating line. You needed a separate
19 permit for each one.
20    Q. And 175, which was the air pollution
21 control device, that was a direct-fired device?
22    A. Yes.
23    Q. And that was the one that was sent in or
24 around February of 1991?

75

1    A. February 6, 1991 is when I signed it.
2 That's the date there.
3    Q. And why did Patco have to submit these
4 forms to the Rhode Island Department of
5 Environmental --
6    A. Division of Air and Hazardous Materials.
7    Q. Division of Air and Hazardous Materials?
8    A. In order to operate our coating line at our
9 Bristol location.
10    Q. And were those applications approved?
11    A. Yes.
12    Q. And taking a look at Exhibit 173, could you
13 tell me what that is?
14    A. It is a letter informing us that the
15 pressure-sensitive tape and surface coater utilizing
16 a thermal oxidizer afterburner at your 51 Ballou
17 Boulevard, Bristol facility has been reviewed and
18 approved. Approval numbers 1116 and 1117. Which
19 correlate to Exhibits 175 and 174.
20    Q. This letter, No. 173, is essentially the
21 letter informing you that you have been licensed to
22 do the things that you applied to do in 174 and 175?
23    A. Correct.
24    Q. And the date on Exhibit 173?

76

1    A. Is June 5, 1991.
2    Q. And who signed that document?
3    A. Douglas McVay, principal quality engineer.
4    Q. And he worked for the state of Rhode
5 Island?
6    A. Yes.
7    Q. Is that the same individual you were
8 talking about before that you had that meeting with?
9    A. Yes.
10    Q. And there are two approval numbers
11 associated with that letter from Mr. McVay, are
12 there not?
13    A. Yes.
14    Q. And what are they?
15    A. 1116 and 1117.
16    Q. And those were the license numbers for the
17 operation at Bristol facility?
18    A. Yes.
19    Q. Was the letter from Mr. McVay dated June 5,
20 1991 important?
21        MS. LONG: Objection. You can answer.
22    A. Yes, because it gave us the ability to
23 begin to produce materials and to start working on,
24 I think there was a significant shakedown period

77

1 before we actually got into full production on this
2 because it took a while to work the bugs out of
3 everything, and we had to additionally go through a
4 stack emissions test after we got the materials to
5 work properly through the coating line. So this was
6 the green light to start all of that process.
7    Q. So this essentially was the permit that
8 allowed you to make tape at Bristol?
9    A. Correct.
10    Q. And in the second paragraph of this letter
11 from Mr. McVay of the Division of Air and Hazardous
12 Materials, could you read the words of that
13 paragraph into the record, that one sentence.
14    A. I'm not sure which one you mean.
15    Q. This second paragraph.
16    A. "The design, construction and operation of
17 this coater and air pollution control system shall
18 be subject to the following conditions."
19    Q. And did you have an understanding that in
20 order to operate legally that Patco had to follow
21 the conditions set forth in this document, Exhibit
22 173?
23    A. Yes.
24    Q. And to your understanding, did you ensure

24 (Pages 90 to 93)

William B. Wilbur - 11/14/2003

90

1  attached them to what they call job bags, and they
2  have the individual jobs that are being run on a
3  particular shift. It might have been done on a
4  shift basis rather than a day basis. I don't know.
5      Q. Did you ever look at the machines that were
6  in use at the Patco factory after receiving this
7  permit from the Division of Air and Hazardous
8  Materials to see whether there was some interlock
9  equipment that was in place between the pressure-
10  sensitive tape and surface coater and the
11  afterburner temperature?
12      A. No.
13      Q. Do you know of anyone who worked for Patco
14  who did?
15      A. No. Not that I'm aware of.
16      MR. WALKO: I'll have this marked as the
17  next exhibit.
18      (Marked, Exhibit 177, schematic plan.)
19      Q. I'm going to show you first a document
20  that's been previously marked in this case as
21  Exhibit No. 77. It bears the title "Incinerator
22  control cabinet electrical schematic" with an
23  as-built date of 4/19/91. Mr. Wilbur, were you
24  provided with plan drawings and schematics from the

91

1  Wolverine Corporation as part of the equipment that
2  was sold to Patco?
3      A. Yes.
4      Q. And looking at Exhibit No. 77, do you see
5  alongside of line 322 there's a feature that's
6  labeled "Customer" interlock"?
7      A. Yes.
8      Q. And this is a poor copy. I show you
9  another document that's been labeled as Exhibit 177,
10  and show you next to line 322, it also says
11  "Customer interlock"?
12      A. Yes.
13      Q. And directing your attention to Exhibit No.
14  77, can you read the words that appear there?
15      A. No.
16      Q. Can you read -- it's just such a poor copy.
17  That is what was produced to us. I'm going to show
18  you Exhibit No. 177 and direct your attention to
19  line 349. Running all the way over to the right, do
20  you see where it says "Contact for customer's use"?
21      A. Yes.
22      Q. Do you know what this reference on line 322
23  of Exhibit 177 and line 349 of Exhibit 177 refer to?
24      A. No. It obviously says "interlock," but I'm

92

1  not sure -- I'm not an electrician. We contracted
2  with somebody, I can't remember who, to do the
3  wiring, but I don't know what it -- hot air supply
4  damper --
5      MS. LONG: Don't guess if you don't
6  know.
7      A. I don't know.
8      Q. You recall that Patco hired somebody with
9  electrical knowledge or knowledge to read electrical
10  schematics in order to do the wiring for Patco?
11      A. Yes.
12      Q. I show you an exhibit that's been marked as
13  71, and this is a document that was produced to us.
14  First I ask you if you recognize it at all?
15      A. No.
16      Q. Does it appear to be a drawing of some
17  type?
18      A. Yes.
19      Q. Towards the side of the drawing there is a
20  name associated. Can you read that name?
21      A. Warner Control Techniques Systems Division.
22      Q. Previously in your testimony you mentioned
23  you had a memory about Warner, Warner Controls. Is
24  Warner Control Techniques Systems Division the

93

1  company that Patco hired to do some control wiring?
2      A. Yes.
3      Q. And what do you recall about what they were
4  hired to do?
5      A. Coordinate the speeds between the coating
6  head, the oven conveyor, and the rewind. And Fred
7  Whittle dealt with those people more than I did. I
8  really didn't have any conversations. I know it
9  took -- we had -- a great deal of the difficulty in
10  getting this line going was in getting their system
11  to work correctly, as I remember it.
12      Q. On Exhibit 71 are the free tension zones
13  depicted in that picture at all?
14      A. Yes. Wherever there's the loop sensors,
15  those are what control the free tension zones. It's
16  out of scale, but here's where it's
17  unwound. It goes to a coater. And they don't show
18  the vacuum drawdown belt we've been discussing. And
19  that's the mechanism that controls the speed
20  between -- I can't remember how -- what these, if
21  they -- one speed was slaved to another, and I'm not
22  sure if it was the rewind that controlled the speed
23  or the coating head that controlled the speed. I
24  just don't remember.

William B. Wilbur - 11/14/2003

94

1    Q. And you were pointing to the document, but
2  over on the left-hand side it says "pay off"?
3    A. Right.
4    Q. And that would be at the feed end of the
5  machine?
6    A. Correct.
7    Q. And then on the right of the drawing it
8  says "Surface winder" and then "Center winder," and
9  is that at the exit end of the machine?
10    A. Correct.
11    Q. And there's small print associated with
12  this document. There's a box that's labeled
13  "Reference" and below that it says "Changes per
14  service." Do you see that?
15    A. Yeah, I think so.
16    Q. And the date, does it say 7/24/91?
17    A. I don't see. Where is the date? I can't
18  tell. I can't read it. I'm sorry. I don't have my
19  glasses.
20    MS. LONG: That's OK. It says what it
21  says.
22    Q. There's another box. It says "Open by JJ,
23  9/10/90." Can you see that or is that too small?
24    MS. LONG: If you can't see it, that's

95

1  OK. Don't guess what it says.
2    A. No.
3    Q. There's a reference to how many sheets were
4  in the drawing. It says "Sheet 1 of," and it
5  appears to be another digit. Can you see that?
6    A. No. I can see something, but I don't know
7  what digit it is.
8    Q. This was produced by Travelers in one of
9  the depositions, and it was represented that this
10  was given to that Travelers witness. Do you ever
11  recall seeing other documents associated with Warner
12  Control Techniques Systems Division?
13    A. No, they may have had them out in the
14  factory in the supervisor's office. You know,
15  anything relating to the machinery used to be out
16  there, as I remember it. But I didn't have it.
17    Q. But this organization, you recall that they
18  were involved in wiring the controls that regulated
19  the conveyor and the process of the web through the
20  oven?
21    A. Correct.
22    Q. And they were hired by Patco directly?
23    A. Yes.
24    MR. WALKO: Let's go off the record.

96

1    (Brief recess.)
2  BY MR. WALKO:
3    Q. Back on the record. Looking at page number
4  2 of Exhibit 173, the sixth paragraph, could you
5  read paragraph 6?
6    A. "Afterburner temperature shall be
7  continuously monitored, indicated, and recorded."
8    Q. What was the significance of that
9  condition?
10    A. The significance of that condition was that
11  we would have a record of the temperature that the
12  thermal oxidizer was operating at for our own
13  internal records, but also in the event that the DEM
14  wanted to ensure that we were operating above 1400
15  degrees, they could come in and audit, I guess, it.
16    Q. Do you recall if the DEM ever audited Patco
17  prior to the incident?
18    A. No.
19    Q. To the best of your knowledge, were those
20  temperature recordings kept by Patco?
21    A. To the best of my knowledge, when I was
22  there, I know I told them that that was something
23  that was never to be destroyed; a record of those
24  was supposed to be kept, always.

97

1    Q. Paragraph number 7, could you read that for
2  the record?
3    A. "All access doors and windows in the
4  capture system shall be closed during routine
5  operation of the coater. Brief occasional openings
6  of such doors or windows to allow for adjustments of
7  the coater are acceptable."
8    Q. What was the significance of that
9  condition?
10    A. That was to ensure that no fugitive VOCs
11  would escape the total enclosure so you would not be
12  meeting the requirement of what they were
13  identifying as 100 percent captured.
14    Q. Paragraph 8, could you read that?
15    A. "Air passing through any openings in the
16  capture system shall flow into the enclosure
17  continuously."
18    Q. And what was the significance of that?
19    A. Again, they wanted, much as in number 7,
20  they wanted to ensure that no fugitive emissions
21  would escape from the total enclosure or the capture
22  system -- excuse me -- right, the capture system,
23  being the total enclosure, so there's always a
24  negative pressure and the negative pressure, being

William B. Wilbur - 11/14/2003

142

1  that may have been at the end of their investigation
2  of looking at things, but I really can't remember
3  how many days they were there.
4      Q. At that meeting that you recall having a
5  sitdown in your office when you had the jacket on,
6  what do you recall they told about what they had
7  learned?
8      A. Like I said, very limited. We were just
9  describing the degree of destruction and what type
10  of events could have led up to that and would a
11  premature shutdown have created that type of
12  situation.
13      Q. What do you recall about that aspect of the
14  conversation?
15      A. Just sitting there and listening, you know,
16  to what they were saying.
17      Q. So when you say there was discussion about
18  whether a premature shutdown would have caused the
19  situation, was that Travelers investigators telling
20  you and Mr. Plunkett or was it you and Mr. Plunkett
21  telling them?
22      A. Again, I don't remember the context of the
23  conversation. I just remember going back and forth
24  about the situation as a whole. I can't give you

143

1  specifics. I don't have anything documented in
2  terms of that.
3      Q. What was your general recollection of what
4  they told you as to what happened or led to the
5  incident?
6      A. Well, it was a buildup of fumes that
7  prematurely ignited before they could be exhausted,
8  and that's what caused the incident. But, again,
9  specifics as to what switch was in what position at
10  what time and who was where, I'm vague.
11      Q. Did they ever mention to you whether they
12  had a theory about the source of the ignition?
13      A. They may have, but I don't remember it. I
14  don't.
15      Q. The fumes that were -- do you recall what
16  product was being used on the night of the incident?
17      A. Yes.
18      Q. What was that?
19      A. It was a 7 mil or 7.5 low-density
20  polyethylene film coated with, I think 1.5 mils of a
21  rubber-based adhesive, 36 yards long, 3-inch core.
22  I remember generic descriptions better than titles.
23      Q. Did the adhesive that was used in
24  manufacturing that product to your knowledge prior

144

1  to the incident have any particular problems during
2  the manufacturing process that would come up as a
3  matter of course?
4      A. Well, it was a low-solid adhesive,
5  relatively. It was about 32 percent, somewhere in
6  there, 35 percent solids, primarily in hexane, maybe
7  with a little lactol in it, and it's a pretty hot
8  solvent. It's a low-boiling solvent. So it has a
9  tendency to create, depending on the air flows and
10  how it goes into the oxidizer, to create spikes as
11  the VOCs go in, because they do kind of combine with
12  the reaction time of the burner, keeping the
13  incinerator at 1400 degrees, and all of a sudden you
14  get a slug of solvent coming in that adds more heat,
15  and I think the reaction time between the burner
16  slowing down and the slug of solvent coming in made
17  for an irregular flow. Do you follow what I'm
18  saying?
19      Q. Yes.
20          MR. WALKO: Mark this as the next
21  exhibit.
22          (Marked, Exhibit 184, proposal letter,
23  January 18, 1991.)
24      Q. I'm going to show you a document that's

145

1  marked as Exhibit 184 -- it's comprised of WPS 4, 5,
2  6, 6A, 7, 8, 9, and 10 -- and ask you if you've seen
3  a copy of that document before?
4      A. Yeah. I think this is one of the ones I
5  had a copy of.
6      Q. No. In fact, it is labeled with WPS
7  numbers, so it means it came from Wolverine Procter
8  & Schwartz's files, but I'll see if I can find your
9  copy of the same.
10          (Pause.)
11      Q. Do you recognize that document?
12      A. I believe so.
13          MR. WALKO: I'll have this marked as the
14  next exhibit. It's WILB 232 through 236.
15          (Marked, Exhibit 185, proposal letter,
16  January 18, 1991.)
17      Q. Mr. Wilbur, when you received proposals
18  from Wolverine, did they come on bond paper? Do you
19  know what I mean by "bond"?
20      A. Specifically, no.
21      Q. Was there a -- where it has the logo, was
22  it a color when you received the proposals?
23      A. In the mail, yes, I believe it was.
24  Obviously, the fax copies would look like this.

William B. Wilbur - 11/14/2003

146

1    Q. And I'm showing you Exhibit No. 185. As I
2  identified it, this is a copy of a document produced
3  from your files. It doesn't have a cover letter as
4  Exhibit 184 has, but if you look at the second page
5  of Exhibit 84 and compare it to the first page of
6  Exhibit 85 -- I guess the third page. I'm sorry.
7        MS. LONG: It's 185 and 184.
8    Q. Exhibit 185.
9    A. OK.
10   Q. You see the same date?
11   A. Yes.
12   Q. And at the bottom of that exhibit, the one
13 that says WPS 6 --
14   A. Yes.
15   Q. -- you see some small print at the bottom
16 of that page?
17   A. This page?
18   Q. Yes.
19   A. Yes.
20   Q. The proposal page.
21   A. Yes.
22   Q. Could you read that for me for the record?
23   A. "All orders based on this quotation are
24 subject to acceptance by Wolverine Corporation. The

147

1  conditions on the reverse side form a part of this
2  quotation."
3    Q. Were there conditions on the reverse side,
4  if you recall, of the proposals that you received
5  from Wolverine?
6    A. Probably. If they're on the reverse, as a
7  matter of course, they were probably there. I don't
8  remember reading them specifically.
9    Q. As a business practice, did you have a
10 practice of ever reading through the small print on
11 proposals that you would receive?
12   A. I would usually review them, scan them just
13 to see if there was anything that glared out at me
14 in terms of performance of the contract and delivery
15 times, and if the machine didn't operate correctly,
16 et cetera, and that's really what I focused on.
17   Q. And if there was a problem with those small
18 print terms, would you go back to the proposer and
19 bring up your concerns with that business?
20   A. I would think so if I saw something that...
21   Q. Do you recall if you ever had any
22 discussions with Eric Long at Wolverine or anyone
23 else at Wolverine about the small print terms of the
24 proposals?

148

1    A. No. I wouldn't have.
2        MR. WALKO: I'll have these marked as
3  the next exhibits.
4        (Marked, Exhibit 186, letter, January
5  22, 1991.)
6        (Marked, Exhibit 187, letter, January
7  22, 1991.)
8    Q. I'm going to show you what's been marked as
9  Exhibit 186, which has WPS numbers 39, 39A, 40, 41,
10 42, and 43, and an exhibit marked 187, which has
11 identification number WILB 224 through 229. First
12 looking at Exhibit 186, do you recognize that?
13   A. Specifically, no, but I mean, I know I did
14 receive quotations for this.
15   Q. Do you recall, in comparing 186 to 184, was
16 there a revision in the thermal oxidizer proposal
17 that was submitted to Patco by Wolverine?
18   A. A reduction in price.
19   Q. There are different dates on the two
20 exhibits, correct?
21   A. Correct. One is January 18, 1991 and one
22 is January 22, 1991.
23   Q. And --
24   A. The terms are different. The payment terms

149

1  are different. Go ahead.
2    Q. Do you recall in general -- obviously we
3  can go through and compare the difference in
4  language -- but just from your general memory
5  sitting here, do you recall why Patco was looking
6  for a revised proposal initially?
7    A. It may have been, just looking at it
8  briefly, it may have been the terms. I was looking
9  for easier payment terms so the cash flow would be
10 easier to handle, I think. I'm not sure what else.
11       (Marked, Exhibit 188, Wolverine heat
12 recovery system.)
13   Q. I'm going to show you an exhibit marked
14 188. It has a date of November 29, 1993. It's WPS
15 numbers 116, 117, 118, 119, 119A, 120, 121, 122,
16 123, and 124, and ask if you recognize that?
17   A. I remember something, yes, like this.
18   Q. And in general, what was it?
19   A. A quotation for the Wolverine heat recovery
20 system.
21   Q. And what year was that?
22   A. The date is November 29, 1993.
23   Q. So a couple of years after the quotation on
24 the thermal oxidizer. Is that fair?

# WILLIAM B. WILBUR
## SIGNATURE PAGE/ERRATA SHEET

| PAGE:LINE | CHANGE OR CORRECTION AND REASON |
|---|---|
| (1) 11:21 | He was a consultant and a member of the board of directors. |
| (2) 25:1 | The real estate was purchased by Xenolith, Inc. All of the stock of Xenolith, Inc. was owned by William B. Wilbur. |
| (3) 29:18 | Not "…statistics…". Should be "…statics…". |
| (4) 31:2 | Not "…moveability…". Should be "…removability…". |
| (5) 50:8 | The polyester/cotton belt was attached together by a metal clip that was in a zipper type configuration and was approximately 1.50" to 2.00" wide. |
| (6) 52:11 | "…could cause a fire or an explosion of some sort." Delete 52:12. |
| (7) 53:3 | "…onto…" not "…into…" the conveyor belt. |
| (8) 53:23 | Delete the word "…oven…". |
| (9) 54:14-54:18 | Delete these lines. Insert: " I can't remember where it was mounted". |
| (10) 55:23 | Delete this line. Insert: "…that was ducted to the vacuum section of the vacuum drawdown belt." "My memory is not clear on the exact configuration of this connection." |
| (11) 63:8 | Insert: " The documents were kept at my home for a short period of time after I left PATCO until I moved them into an office space that I rented." |
| (12) 67:23-67:24 | Delete " They would put X amount of tons…". Insert " They would allow us to emit X amount of tons…". |
| (13) 73:6 | Delete "…we removed…". Insert "…we made…". |
| (14) 123:17-123:22 | Delete 123:17-123:22. Insert " We did not want a large open space from the floor to the point on the oven where the conveyor belt entered the oven so we installed a section of sheet metal, I believe, to cover this space, with just a very narrow gap in it, as I remember it, that allowed the conveyor belt to reenter the oven." |
| (15) 138:11 | Delete "…hey, contact them.". Insert "…we would contact them.". |

I have read the foregoing transcript of my deposition taken on November 14, 2003. Except for any corrections or changes noted above I hereby subscribe to the transcript as an accurate record of the statements made by me

Signed under the pains and penalties of perjury

_Date_ December 19, 2003

WILLIAM B. WILBUR

_____   12/19/03

NOTARY

expiration 11/9/04