UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Wolverine Proctor & Schwartz, Inc., and :
Great American Alliance Insurance Co., Inc. :
    Plaintiffs, :
     :
    v. : CIVIL ACTION NO.
     : 04-12189-RWZ
XYZ Tape Corp., formerly known as Patco Corp., :
William B. Wilbur, and :
Travelers Property Casualty Company of America :
    Defendants. :
     :

### SUGGESTION OF BANKRUPTCY OF PLAINTIFF WOLVERINE PROCTOR & SCHWARTZ, INC.

Plaintiff Wolverine Proctor & Schwartz, Inc. suggests that Wolverine Proctor & Schwartz, LLC, a Delaware limited liability corporation, which acquired substantially all the assets and liabilities of Plaintiff Wolverine Proctor & Schwartz, Inc., a Delaware corporation, by a purchase and sale agreement has filed a petition for relief under Title 11 Chapter 7 of the United States Code in the United States Bankruptcy Court for the District of Massachusetts which has been assigned case number 06-10815 and that this action has been stayed by operation of Title 11 of the United States Code § 362.

                WOLVERINE PROCTOR & SCHWARTZ, INC.
                by its attorneys,

                _____
                Matthew J. Walko (BBO No. 562172)
                SMITH & DUGGAN LLP
                Two Center Plaza, Suite 620
                Boston, Massachusetts 02108-1906
                (617) 228-4400

Dated: April 11, 2006

## CERTIFICATE OF SERVICE

I hereby certify that I have caused a copy of the foregoing to be served upon counsel of record and upon those listed below by first class mail, postage prepaid, on April 11, 2006.

Joseph S. Berman, Esq.
Berman & Dowell
210 Commercial Street
Boston, MA 02109

Lee S MacPhee, Esq.
Judith A Leggett, Esq.
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210-1181

Steven P. Perlmutter, Esq.
Danielle Andrews Long, Esq.
Kimberly A. Dougherty, Esq.
Robinson & Cole, LLP
One Boston Place
Boston, MA 02108

Bankruptcy Trustee:
Lynn F. Riley
Riley & Esher
100 Franklin Street
Boston, MA 02110

_____
Matthew J. Walko
BBO No. 562172